1  CARLA CHRISTOFFERSON (S.B. #161111)
   cchristofferson@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:    (213) 430-6407

5  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
6  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
7  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
8  Facsimile:    (415) 984-8701

9
   Attorneys for Defendant
10 Trader Joe's Company

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14
15  TAMAR DAVIS LARSEN AND ARAN        Case No.  CV-11-5188-MEJ
    EISENSTAT,
16                                      **[PROPOSED] ORDER SETTING
               Plaintiffs,              BRIEFING SCHEDULE PURSUANT TO
17                                      PARTIES' JOINT STIPULATION**
          v.
18                                      Complaint Filed:   October 24, 2011
    TRADER JOE'S COMPANY,               Judge :             Hon. Maria-Elena James
19
               Defendant.
20
21
22
23
24
25
26
27
28

                                        [PROPOSED] ORDER SETTING BRIEFING
                                                                SCHEDULE

1   Having reviewed the Parties' Joint Stipulation to Set Briefing Schedule pursuant to
2  Local Rule 6-2, it is hereby ordered that should Defendant file a motion challenging the
3  Complaint on December 22, 2011, the briefing schedule on that motion shall be as follows:
4   Opposition due: January 19, 2012
5   Reply due: February 2, 2012
6   Hearing: February 23, 2012
7   **IT IS SO ORDERED.**

9   Dated:  November 16, 2011                    _____
10                                                                   THE HONORABLE MARIA-ELENA JAMES
                                                                     UNITED STATES MAGISTRATE JUDGE