**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

**December 21, 2011**

**CASE NUMBER:  CV 11-05188 MEJ**
**CASE TITLE:  TAMAR DAVIS LARSEN-v-TRADER JOE'S CO.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/21/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 12/21/11 ha |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |