CARLA CHRISTOFFERSON (S.B. #161111)
cchristofferson@omm.com
MARGARET A. MOESER (S.B. #253177)
mmoeser@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN AND ARAN EISENSTAT,<br><br>                    Plaintiffs,<br><br>       v.<br><br>TRADER JOE'S COMPANY,<br><br>                    Defendant. | Case No.  CV-11-5188-SI<br><br>[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE PURSUANT TO PARTIES' JOINT STIPULATION<br><br>Complaint Filed:   October 24, 2011<br>Judge :               Hon. Susan Illston |

Having reviewed the Parties' Joint Stipulation to Set Briefing Schedule pursuant to Local Rule 6-2, it is hereby ordered that should Defendant file a motion challenging the Complaint on December 22, 2011, the briefing schedule on that motion shall be as follows:

    Opposition due: January 19, 2012

    Reply due: February 2, 2012

    Hearing: February 24, 2012

**IT IS SO ORDERED.**

Dated: 12/27/11

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE