| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Type name, address, phone number of applicant here
Joseph N. Kravec, Jr., Esquire
Stember Feinstein Doyle & Payne, LLC
429 Forbes Avenue, Allegheny Building, 17th Floor
Pittsburgh, PA 15219  (412) 281-8400

FILED

**UNITED STATES DISTRICT COURT**

DEC 2 8 2011

**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tamar Davis Larsen and Aran Eisenstat, on
behalf of themselves and all
others similarly situated,

Plaintiff(s),

v.

Trader Joe's Company,

_____Defendant(s)._____/

CASE NO.  3:11-cv-05188-SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Joseph N. Kravec, Jr., Esquire , an active member in good standing of the bar of  the Supreme Court of Pennsylvania , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

Michael D. Braun, Esquire, Braun Law Group, P.C., 10680 W. Pico Blvd.,
Suite 280, Los Angeles, California 90064   (310) 836-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  12|27|11

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611068653
Cashier ID: bucklem
Transaction Date: 12/29/2011
Payer Name: stember feinstein doyle pay
ne
-----------------------------------
PRO HAC VICE
 For: joseph n kravec jr
 Case/Party: D-CAN-3-11-AT-PROHAC-001
 Amount:       $305.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1089
 Amt Tendered: $305.00
-----------------------------------
Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00

c11-5188si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tamar Davis Larsen and Aran Eisenstat,

                    Plaintiff,

          v.

Trader Joe's Company,

                    Defendant.

                                            /

CASE NO. 3:11-cv-05188-SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Joseph N. Kravec, Jr., Esquire          , whose business address and telephone number is

Stember Feinstein Doyle & Payne. LLC, 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219 (412) 281-8400

and who is an active member in good standing of the bar of  Supreme Court of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Plaintiffs

          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  1/4/12

_____
United States  District     Judge
Susan Illston