1  Joseph N. Kravec, Jr. (admitted *pro hac vice*)
   Wyatt A. Lison (admitted *pro hac vice*)
2  **STEMBER FEINSTEIN DOYLE**
     **PAYNE & KRAVEC, LLC**
3  Allegheny Building, 17th Floor
   429 Forbes Avenue
4  Pittsburgh, PA 15219
   Tel: (412) 281-8400
5  Fax: (412) 281-1007
   Email: jkravec@stemberfeinstein.com
6         wlison@stemberfeinstein.com

7  Michael D. Braun (Bar No. 167416)
   **BRAUN LAW GROUP, P.C.**
8  10680 W. Pico Blvd., Suite 280
   Los Angeles, CA 90064
9  Tel: (310) 836-6000
   Fax: (310) 836-6010
10 Email: service@braunlawgroup.com

11 Janet Lindner Spielberg (Bar No. 221926)
   **LAW OFFICE OF JANET LINDNER**
12   **SPIELBERG**
   12400 Wilshire Blvd., Suite 400
13 Los Angeles, CA 90025
   Phone: (310) 392-8801
14 Fax: (310) 278-5938
   Email: jlspielberg@jlslp.com

Carla Christofferson (Bar No. 161111)
Margaret A. Moeser (Bar No. 253177)
Kate Ides (Bar No. 274820)
**O'MELVENY & MYERS, LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407
Email: cchristofferson@omm.com
       mmoeser@omm.com
       kides@omm.com

Randall W. Edwards (Bar No. 179053)
**O'MELVENY & MYERS, LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701
Email: redwards@omm.com

***ATTORNEYS FOR DEFENDANT***

***ATTORNEYS FOR PLAINTIFFS***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMAR DAVIS LARSEN AND ARAN EISENSTAT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation,<br><br>Defendant. | CASE NO.: 3:11-cv-05188-SI<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **STIPULATED CASE MANAGEMENT ORDER** |

Pursuant to Local Rules 7-11(a) and 7-12, Plaintiffs Tamar Davis Larsen and Aran Eisenstat and Defendant Trader Joe's Company (collectively, the "Parties"), submit this Proposed Stipulated Case Management Order.

WHEREAS, Plaintiffs filed the operative Second Amended Complaint (Dkt. 33) on March 23, 2012;

WHEREAS, also on March 23, 2012, the Case Management Conference took place. Although the Court issued Civil Pretrial Minutes (Dkt. 34) allowing Plaintiffs to further amend their complaint and setting a briefing schedule for Defendant's motion to dismiss, the Court did not sign the Proposed Order on Joint Case Management Conference or set deadlines for any events following a ruling on Defendant's motion to dismiss;

WHEREAS, Defendant filed its Motion to Dismiss the Second Amended Complaint (Dkt. 38) on April 20, 2012;

WHEREAS, the Court granted in part and denied in part Defendant's Motion to Dismiss by Order (Dkt. 41) dated June 14, 2012;

WHEREAS, Defendant filed its Answer and Defenses to Plaintiffs' Second Amended Complaint (Dkt. 43) on June 29, 2012;

WHEREAS, on July 10, 2012, the Parties participated in a private mediation;

WHEREAS, following the private mediation, the Parties continued to engage in settlement discussions during July and August. The Parties negotiated in good faith, but so far have been unable to reach a settlement. After mediation, the Parties began to engage in discovery;

WHEREAS, the Parties have conferred and request the Court enter a scheduling order setting dates relating to class certification in this matter and deferring all other pre-trial scheduling until after the Court decides the issue of class certification. The Parties' proposed schedule accounts for both first party discovery of Plaintiffs and Defendant, as well as the anticipated third-party discovery of Defendant's product suppliers, the ingredient suppliers for the products at issue, and any necessary expert discovery for the purpose of class certification;

NOW, THEREFORE, the Parties hereby stipulate, by and through their respective attorneys of record and respectfully request that the Court enter this Proposed Stipulated Case Management Order setting forth the following briefing schedule for class certification:

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| Motion for Class Certification | March 1, 2013 |
| Opposition to Motion for Class Certification | March 29, 2013 |
| Reply in Support of Motion for Class Certification | April 12, 2013 |
| Hearing on Motion for Class Certification | April 26, 2013 |
| *Merits Discovery Cutoff | |
| *Expert Reports | |
| *Expert Discovery Cutoff | |
| *Dispositive Motion Cutoff | |
| *Other Motion Cutoff (Other than Motions in Limine) | |
| * Pretrial Conference (hearing on Motions in Limine, agreed jury instructions and verdict forms, proposed voir dire questions) | |
| * Pre-Trial Briefs | |
| *Trial Date | |

* The Court will set a Case Management Conference following its ruling on the motion for class certification to schedule all additional class, merits, and other remaining pre-trial proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 1, 2012

By:   s/ Joseph N. Kravec, Jr.

JOSEPH N. KRAVEC, JR.
WYATT A. LISON
MICHAEL D. BRAUN
JANET LINDNER SPIELBERG

Attorneys for Plaintiffs
TAMAR DAVIS LARSEN AND ARAN EISENSTAT

| | | |
|---|---|---|
| DATED: October 1, 2012 | By: | s/ Randall W. Edwards *via consent* |

CARLA CHRISTOFFERSON
MARGARET A. MOESER
KATE IDES
RANDALL W. EDWARDS
Attorneys for Defendant
TRADER JOE'S COMPANY

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

s/ Joseph N. Kravec, Jr.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/3 , 2012

_____
The Honorable Susan Illston
United States District Judge

---

4

[Proposed] Stipulated Case Management Order; Case No.: 3:11-cv-05188-SI