| | |
|---|---|
| Janet Lindner Spielberg (SBN 221926)<br>**LAW OFFICES OF JANET LINDNER SPIELBERG**<br>12400 Wilshire Boulevard, #400<br>Los Angeles, California  90025<br>Tel:  (310) 392-8801<br>Fax:  (310) 278-5938<br>Email: jlspielberg@jlslp.com<br><br>Michael D. Braun (SBN 167416)<br>**BRAUN LAW GROUP, P.C.**<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, CA 90064<br>Tel:  (310) 836-6000<br>Fax:  (310) 836-6010<br>Email: service@braunlawgroup.com | Joseph N. Kravec, Jr. (*pro hac vice*)<br>Wyatt A. Lison (*pro hac vice*)<br>**STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br>Pittsburgh, PA  15219<br>Tel:  (412) 281-8400<br>Fax:  (412) 281-1007<br>Email: jkravec@stemberfeinstein.com<br>            wlison@stemberfeinstein.com<br>            mdavidsonwelling@stemberfeinstein.com |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR DAVIS LARSEN and ARAN EISENSTAT on behalf of themselves and all others similarly situated,**<br><br>                              **Plaintiffs,**<br><br>         v.<br><br>**TRADER JOE'S COMPANY,**<br><br>                              **Defendant.** | **CASE NO.:  CV-11-5188-SI**<br><br>**<u>CLASS ACTION</u>**<br><br>**[~~PROPOS~~ED] ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Having reviewed the Parties' Joint Stipulation Regarding Briefing Schedule on Plaintiffs' Motion for Class Certification pursuant to Local Rule 6-2, the following schedule will apply to Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| Motion for Class Certification | May 3, 2013 |
| Opposition to Motion for Class Certification | May 31, 2013 |
| Reply in Support of Motion for Class Certification | June 14, 2013 |
| Hearing on Motion for Class Certification | June 28, 2013 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/12/13

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE