Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Tel:  (310) 836-6000
Fax:  (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (*pro hac vice*)
Wyatt A. Lison (*pro hac vice*)
Maureen Davidson-Welling (*pro hac vice*)
**STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email: jkravec@stemberfeinstein.com
          wlison@stemberfeinstein.com
          mdavidsonwelling@stemberfeinstein.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR DAVIS LARSEN and ARAN EISENSTAT on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRADER JOE'S COMPANY,**<br><br>Defendant. | **CASE NO.:  CV-11-5188-SI**<br><br><u>**CLASS ACTION**</u><br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1    Pursuant Local Rules 6-2 and 7-12, Plaintiffs Tamar Davis Larsen and Aran Eisenstat and
2 Defendant Trader Joe's Company (collectively, the "Parties"), submit this joint stipulation to inform
3 the Court that the parties have reached a settlement in principle and to take Plaintiffs' Motion for
4 Class Certification off the calendar.

5    WHEREAS, the original complaint in this matter was filed on October 24, 2011;

6    WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") on January 12, 2012;

7    WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") on March 23, 2012;

8    WHEREAS, Defendant challenged the pleading, and on June 14, 2012, this Court issued an
9 Order Granting in Part and Dismissing in Part Defendant's Motion to Dismiss;

10    WHEREAS, on July 10, 2012, the Parties participated in a private mediation;

11    WHEREAS, following the private mediation, the Parties continued to engage in settlement
12 discussions, but were unable to reach a settlement and subsequently began discovery;

13    WHEREAS, Defendant has since propounded document requests and interrogatories on both
14 Plaintiffs;

15    WHEREAS, Plaintiffs have propounded multiple sets of document requests and
16 interrogatories on Defendant; noticed a deposition pursuant to Fed. R.Civ. P. 30(b)(6); and
17 propounded third party discovery requests and sought depositions of five non-parties;

18    WHEREAS, the parties continued their good faith discussions regarding the possibility of
19 settlement and engaged in another round of mediation before the Hon. Peter Lichtman (Ret.) of
20 JAMS on March 4, 2013;

21    WHEREAS, the March 4, 2013 mediation was partially successful, but required another full
22 day of mediation on March 22, 2013;

23    WHEREAS, over the next several weeks, with the continued assistance of the mediator, the
24 parties reached an agreement in principle to settle the above captioned matter.

25    WHEREAS, the parties anticipate filing a motion for preliminary approval of settlement
26 within the next 90 days;

27    WHEREAS, Plaintiffs' Motion for Class Certification is currently due on May 3, 2013;

28

1  WHEREAS, in light of the settlement agreement, and the parties desire to dedicate their time
2 and resources to finalizing and memorializing the settlement terms, the parties seek a modification of
3 the scheduling order deferring Plaintiffs' Class Certification Motion;

4  WHEREAS, the proposed schedule will not require modification of any other court-imposed
5 deadlines, and no trial date has been set in this matter;

6  WHEREAS, this Stipulation is made in good faith, in the interest of judicial efficiency and
7 not for purposes of delay;

8  WHEREAS, the parties have previously sought six modifications to the schedule with
9 respect to various motions and filings. See Docket Nos. 5, 14, 27, 35, 50, & 59;

10  NOW, THEREFORE, the parties hereby stipulate, by and through their respective attorneys
11 of record and respectfully request that the Court enter an order as follows:

12  (1)  All dates associated with the filing and hearing of Plaintiffs' Class Certification
13       Motion [Dkt. No 61] are taken off calendar without prejudice.
14  (2)  Parties to submit motion for preliminary approval of settlement within 90 days of
15       entry of an order on this stipulation.

1
2
3    Dated:  April 29, 2013            **BRAUN LAW GROUP**
4
                                          By:  _____/s/_____
5                                                  Michael D. Braun

6                                          Attorneys for Plaintiffs
7                                          Tamar Larsen and Aran Eisenstat

8    Dated:  April 29, 2013            **O'MELVENY & MYERS LLP**
9
10                                          By:  _____/s/_____
                                                  Randall W. Edwards
11
12                                          Attorneys for Defendant
                                          Trader Joe's Company
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  April 29, 2013				**BRAUN LAW GROUP, P.C.**

By:  /s/  
            Michael D. Braun

Attorneys for Plaintiffs  
Tamar Larsen and Aran Eisenstat

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 29, 2013                          **BRAUN LAW GROUP, P.C.**

                                                By:   /s/
                                                         Michael D. Braun

                                                Attorneys for Plaintiffs
                                                Tamar Larsen and Aran Eisenstat