| | |
|---|---|
| Janet Lindner Spielberg (SBN 221926)<br>**LAW OFFICES OF JANET LINDNER SPIELBERG**<br>12400 Wilshire Boulevard, #400<br>Los Angeles, California  90025<br>Tel:  (310) 392-8801<br>Fax:  (310) 278-5938<br>Email: jlspielberg@jlslp.com<br><br>Michael D. Braun (SBN 167416)<br>**BRAUN LAW GROUP, P.C.**<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, CA 90064<br>Tel:  (310) 836-6000<br>Fax:  (310) 836-6010<br>Email: service@braunlawgroup.com | Joseph N. Kravec, Jr. (*pro hac vice*)<br>Wyatt A. Lison (*pro hac vice*)<br>**STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br>Pittsburgh, PA  15219<br>Tel:  (412) 281-8400<br>Fax:  (412) 281-1007<br>Email: jkravec@stemberfeinstein.com<br>         wlison@stemberfeinstein.com<br>         mdavidsonwelling@stemberfeinstein.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR DAVIS LARSEN and ARAN EISENSTAT on behalf of themselves and all others similarly situated,**<br><br>                                **Plaintiffs,**<br><br>           v.<br><br>**TRADER JOE'S COMPANY,**<br><br>                                **Defendant.** | CASE NO.:  CV-11-5188-SI<br><br><u>CLASS ACTION</u><br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Having reviewed the Parties' Joint Stipulation Regarding Briefing Schedule on Plaintiffs' Motion for Class Certification pursuant to Local Rule 6-2, the Court orders as follows:

(1) All dates associated with the filing and hearing of Plaintiffs' Class Certification Motion [Dkt. No 61] are taken off calendar without prejudice.

(2) Parties to submit a motion for preliminary approval of settlement within 90 days of entry of this order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/30/13

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE