| | |
|---|---|
| 1 | CARLA CHRISTOFFERSON (S.B. #161111) |
|   | cchristofferson@omm.com |
| 2 | KATE IDES (S.B. #274820) |
|   | kides@omm.com |
| 3 | DANIEL J. FARIA (S.B. #285158) |
|   | dfaria@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 5 | Los Angeles, California 90071-2899 |
|   | Telephone: (213) 430-6000 |
| 6 | Facsimile: (213) 430-6407 |

RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Trader Joe's Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMAR DAVIS LARSEN AND ARAN EISENSTAT, | Case No. 11-cv-05188-WHO |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE THE DEADLINE TO SUBMIT THE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| v. | |
| TRADER JOE'S COMPANY, | |
| Defendant. | Judge: Hon. William H. Orrick |
| | Hearing Date: N/A |
| | Hearing Time: N/A |
| | Complaint Filed: October 24, 2011 |
| | Trial Date: None set |

1
2
3
4
5   Having reviewed the Parties' Joint Stipulation and Request to the Continue Deadline to Submit the Motion for Preliminary Approval of Settlement and the Declaration of Kate Ides filed in support, pursuant to Local Rules 6-2 and 7-12, the Court orders as follows: the current deadline to submit the motion for preliminary approval of settlement—July 29, 2013—is hereby continued 45 days.
6
7
8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
9
10  DATED: July 24, 2013

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28