1    CARLA CHRISTOFFERSON (S.B. #161111)
     cchristofferson@omm.com
2    KATE IDES (S.B. #274820)
     kides@omm.com
3    DANIEL J. FARIA (S.B. #285158)
     dfaria@omm.com
4    O'MELVENY & MYERS LLP
     400 South Hope Street
5    Los Angeles, California 90071-2899
     Telephone: (213) 430-6000
6    Facsimile: (213) 430-6407

7    RANDALL W. EDWARDS (S.B. #179053)
     redwards@omm.com
8    O'MELVENY & MYERS LLP
     Two Embarcadero Center, 28th Floor
9    San Francisco, CA 94111-3823
     Telephone: (415) 984-8700
10    Facsimile: (415) 984-8701

11    Attorneys for Defendant
      Trader Joe's Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMAR DAVIS LARSEN AND ARAN EISENSTAT,<br><br>                  Plaintiffs,<br><br>     v.<br><br>TRADER JOE'S COMPANY,<br><br>                  Defendant. | Case No. 11-cv-05188-WHO<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO FURTHER CONTINUE THE DEADLINE TO SUBMIT THE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. William H. Orrick<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>Complaint Filed: October 24, 2011<br>Trial Date: None set |

1
2
3
4
5
6
7

Having reviewed the Parties' Joint Stipulation and Request to Further Continue the Deadline to Submit the Motion for Preliminary Approval of Settlement and the Declaration of Kate Ides filed in support, pursuant to Local Rules 6-2 and 7-12, the Court orders as follows: the current deadline to submit the motion for preliminary approval of settlement—September 12, 2013—is hereby continued 30 days. The parties should not expect any further extension absent a hearing and showing of good cause.

8
9

**IT IS SO ORDERED.**

10
11
12

DATED: September 11, 2013

*[signature]*

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

ORDER GRANTING JT. STIP. TO CONTINUE
MOT. FOR. PRELIM. APPROVAL
DEADLINE; 11-CV-05188-WHO