BYRON  REIMUS  &  ASSOCIATES

Byron Reimus &
Associates

Consultants in
Communications
Management

398 Sherwood Drive
Yardley, Pennsylvania
19067-3331
215 428-3740
Email: b.reimus@comcast.net

March 14, 2014

RE: Larsen et al v. Trader Joe's
Civil Action #3:11-CV-05188-WHO

Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

FILED

MAR 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Orrrick:

I recently received a notice as a Trader Joe's customer, inviting me to submit a claim form and request compensation for products purchased at this chain which were allegedly "mislabeled" as "All Natural" or "100% Natural." I am writing to object to the proposed settlement in this matter. I believe it is fair to observe that the average Trader Joe's customer is fully capable of checking labels, comparing ingredients, making trade-offs between offerings and choices, ultimately selecting brand name vs. generic products that are both easy on their pocketbooks and limit potential environmental damage or waste. Trader Joe's is rarely the only store in markets where they have outlets and its customers can reasonably be expected to look out for their own best interests. Consumers who look for different things or values when shopping for groceries have lots of other places where they can shop.

It seems clear to me that this suit is frivolous on every count. Class actions like this one, which ask customers to file claims "with or without proof of purchase," essentially treat them like they can't read labels and make judgments at best and dumb at worst. Studies have shown repeatedly these lawsuits do little or nothing to educate and change consumer behavior or encourage retailers to alter practices for the better, assuming that this is necessary and in this instance, I believe it is not. Nuisance "prove you were hoodwinked" litigation costs businesses untold millions of dollars every year, the expense of which is typically passed along to consumers through increased prices. They waste valuable, already limited court resources to essentially do nothing more than enrich lawyers rather than litigants whose interests they claim to hold important.

I urge you to consider grounds for dismissing this suit, if possible. For instance, the flyer sent by counsel to potential claimants fails on Page 7 to clearly provide complete address information for those interested in contacting the court. I thank you in advance for your consideration.

Sincerely yours,

BYRON REIMUS & ASSOCIATES

398 Sherwood Drive
Yardley, Pennsylvania
19067-3331

PHILADELPHIA PA 190
15 MAR 2014 PM 6 L



Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

9410234899