**FILED**

8415 Anchorage Court
Indianapolis IN 46236-9310

MAR 17 2013

March 15, 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102

Re: Larsen *et al.* v. Trader Joe's Company, Civil Action No. 3:11-CV-05188-WHO

Dear Sirs:

Settle the entire class action claim for $1.00 (one dollar). It's frivolous and has *zero* merit. Unlike the Ford Pinto fiasco or misread Pap smears, no one was hurt. No one deserves any compensation, especially Tamar Larsen and Aran Eisenstat. Make them and their attorneys compensate Trader Joe's for it is legal expenses.

Only in California, the home of fruits-flakes-and-nuts, would such a suit get any traction. In addition to filing suit against Trader Joe's, Eisenstat has also filed: Aran Eisenstat v. Ken's Foods, Inc., and Eisenstat v. Diamond Foods, Inc. Is this how he makes his living?

My wife and I have shopped at Trader Joe's since it opened here in 2000. We haven't bought any of the 6 products eligible for payment. Even if we did, we wouldn't file a claim. So, why am I writing to you? I'm simply incensed by the greed-driven stupidity of the whole thing, and want my voice to be heard.

If Larsen and Eisenstat bought food products labeled "All Natural" and/or "100% Natural" from Trader Joe's or anyone else, why didn't they check the labels in the beginning? Why wait, apparently, 7 years to file a claim? Who keeps receipts of any kind for 7 years? Food products that claim, or imply, they're natural, organic and the like are overpriced and don't provide added nutritional value. No one seems to be able to agree on the meaning of organic.

Please, please, please toss this proposed settlement in the trash. It's all about the money. Indeed, it's always about the money. Perhaps others seeking unjustified monetary gain will think twice before clogging the courts with such nonsense.

Sincerely,

Gary W Gill
(317) 823-3802
garywgill@msn.com



Gary W. Gill
8415 Anchorage Court
Indianapalis IN 46236-9310

INDIANAPOLIS
IN 460
15 MAR '14
PM 5 L

RECEIVED
MAR 17 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHO

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102