3/14/14

C11-5188WHO

FILED MAR 18 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

TO: Office of The Clerk regarding Trader's Joe or Fairbault, MN 55021-2663

From: DIANE ATKINS

I'm writing because of the settlement you all claim or made up with Traders Joe I didnot order products from Trader's Joe I only ordered or ask for a Trader's Joe catalog back in 2013 of September sometime along that certain time frame I only get catalogs or recive catalogs from Traders Joe and since I've had the catalogs coming I have not at all ordered any items from Trader's Joe at all period etc nothing so I'm opting out of this so call court settlement you all claim I have or you all made up regarding Traders Joe I will not be a part of a court settlement I only recive catalogs from Trader's Joe that's all and it and I don't order any items I havent since I started or ask for a catalog not at this time or in the past or future as of yet so I'm going to opt out of this ridiculous court settlement you all claim I've or you all made up regarding Trader's Joe

so don't contact me again Im not interested at all in the least bit in a payment when I did not order any items or products from Traders Joe to whom this matter concerns I Diane Atkins is opting out I only recive Traders Joe catalogs I havent ordered anything since asking Traders Joe for a catalog in September 2013 or now or as of now or in the future not at this time so I opt out I will not be a part of the court settlement there is no reason to put a court settlement on something you all claim or made up for me against Traders Joe to whoever it concerns as I stated or mentioned I will be opting or opt out of the court settlement you all can't force a court settlement against me on behalf of Traders Joe I havent had any problems or concerns with Traders Joe in the past or either the future I am opting out I will opt out I will not be a part or made a part if something you all set up to get money from Traders Joe dont owe me money I havent ordered any items or products from Traders Joe Please opt me out of the court settlement to who it concerns

Thank you very much

Diane Atkins

Diane Atkins
461 N. Lake St apt 411
Aurora, Illinois 60506

Office of The Clerk
Northern District of California
San Francisco Division Clerks office
450 Golden Gate Avenue
San Francisco, California

CAROL STREAM IL 601
15 MAR 2014 PM 8 L

9410234629