March 17, 2014

Barbara Coffing
1290 Amethyst Street
Mentone, Ca. 92359



13-1333
WHO

Office of the Clerk
United States District Court
Northern District of California
San Francisco Division
Clerk's Office
450 Golden Gate Avenue

To Whom it May Concern:

    I am a consumer of Trader Joes, and am strongly against this litigation. I do not believe that the argument for the lawsuit against the ingredients "ascorbic acid, cocoa processed with alkali, sodium acid pyrophosphate, xanthan gum, and vegetable mono- and diglycerides" goes against the claim that the products are "All Natural". I think the litigants may simply be having difficulty with the fact that there are additives to the products, and that these additives can in fact be natural. Many people assume that additives are synthetic, and some are, but many are not, and most are derived from natural substances. As a science teacher, I strongly believe this is why we need to teach our students to be able to conduct research (on products), think critically, and make wise choices so that they can become educated consumers of society. As Trader Joes claims, all the ingredients listed have a natural basis (as I will explain below). My main worry is that many greedy people will make claims on this settlement that are not honest. How will you know if people bought up to 10 of each item without a receipt? Likewise, how are people supposed to have kept receipts for that many years? Either idea is preposterous! This will result in hurting the company financially, and impact the rest of us financially when the prices are raised to compensate for the company's loss. If the original litigants had only done their research in the beginning, a great company like Trader Joes, who does their best to bring us great products at great prices, and help the community as well, would not be in this undeserving predicament.

    Ascorbic Acid: First of all, according to the Webster's dictionary, "Ascorbic Acid" is defined as "Vitamin C, a water-soluble vitamin $C_6H_8O_6$ found in plants and especially in fruits and leafy vegetables or made synthetically and used in the prevention and treatment of scurvy and as an antioxidant for foods—called also *ascorbic acid.*" In addition, Vitamin C is a vitamin many of us do not get enough of in our diet, so I applaud Trader Joes for adding it to their products!

Sodium acid pyrophosphate is a common food additive (a salt, like sodium chloride) that contains phosphate and helps to preserve the color in processed foods or is used as leavening agent in baking. Phosphate is a nutrient and essential to human, animal and plant life. As the body cannot produce its own phosphate it has to come from foods. There are many foods like dairy and meat products that contain natural phosphates. In addition so called "inorganic phosphates" (like sodium acid pyrophosphate) are added to processed foods. Phosphate is the backbone of your DNA, and is found on the Periodic Table of Elements as Atomic Number 15. If you consider table salt (NaCl) to be natural, then you should consider Sodium acid pyrophosphate to be just as natural.
http://www.medicinewhl.org/kcenter.htm

Mono-diglycerides and Di-glycerides are used as emulsifiers (things that help things like water and oil mix). They are fats (lipids) which are polymers that are broken down into their two basic components: fatty acids and glycerol, which are their monomers. They come from from canola or soybean oil which are of course, entirely natural.
http://www.inrfood.com/ingredients/333564

Xanthan gum is a plant-based thickening and stabilizing agent. Xanthan gum is a polysaccharide, which is just a fancy way to say "a string of multiple sugars." Xanthan Gum is made by fermenting corn sugar with a bacteria, Xanthomonas campestris. (It's the same bacteria that creates black spots on broccoli and cauliflower, so it is completely natural!) The result is a slimy goo that is then dried up and ground into a fine white powder. The result is a gel that is then dried and milled to create the powder substance. Xanthan gum has a number of powerful properties. First, it works as an emulsifier, encouraging liquids that normally don't like one another to mix together. Second, it works as thickener, increasing the viscosity of liquids and batters. Third, it can create a creamy texture. In gluten-free baking, xanthan gum plays the crucial role of imitating gluten. In baking, gluten is what makes dough 'doughy', giving dough its elasticity, and viscosity. It holds a cookie together, and allows cakes and breads rise and take shape.
http://www.bobsredmill.com/xanthan-gum.html

Cocoa processed with alkali: There are two different ways to get cocoa powder out of the beans. The first, "the Broma process," produces so-called "natural" cocoa which is reddish-brown and has a bitter flavor. Most of the cocoa powder on the market is "natural."
The second process is called "the Dutch process," because it was invented by a Dutch chocolatier in the 19th century. It involves using an alkali, or base (baking soda and lye are examples of natural bases you use in your home) to extract the chocolate. Cocoa produced with the Dutch process is called "Dutch-processed cocoa," is a darker brown in color, and tastes less bitter. Most of the cocoa powder on the market is a mixture of both kinds.
Both kinds of cocoa are perfectly safe, and don't contain any weird chemicals. *Despite the name, "natural" cocoa is not less processed than Dutch-processed; they are both very processed foods (so is sugar -- processed isn't necessarily a bad thing). According to Wikipedia though, Dutch-processed chocolate has fewer antioxidants, so there is less of a health benefit.
http://en.wikipedia.org/wiki/Dutch_process_chocolate
http://en.wikipedia.org/wiki/Broma_process

So as you can see, the claims that Trader Joe's food products were improperly labeled, marketed, supplied, made, and sold as being "All Natural" really don't hold water after reviewing the source of where the products come from. I get really tired of ignorant consumers taking advantage of companies out there doing good things. Believe me, I have many other things to do, and if I really thought a company was taking advantage of its consumers, I would be the first in line to demand my check instead of sitting here spending two hours on my weekend that I could be spending with my children. But a company like Trader Joes deserves to be defended. I've never done anything like this before, but they are a company I love and believe in. I hope you will consider the information that I have given you, review the sources of the additives, and re-discuss the definition of "all natural", because there is a very fine line there that leaves thousands of products open for litigation. And grey areas such as this one make it too easy to enable an uninformed society to continue to target companies for trivial cases such as this one.

Sincerely,

Barbara Coffing
1290 Amethyst St.
Mentone, Ca. 92359
(909) 389-0340
(909) 709-8414
thadandbarb@verizon.net



Ms. Barbara Coffing
1290 Amethyst Ave
Mentone, CA 92359-9722

SAN BERNARDINO CA 924

15 MAR 2014 PM 2 T

To: Office of the Clerk
United States District Court
Northern District of California
San Francisco Division
Clerk's Office
450 Golden Gate Avenue
San Francisco, CA