

# David Brook

March 17, 2014

United States District Court
Northern District of California
San Francisco Division
Clerk's Office
450 Golden Gate Avenue



FILED
MAR 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Trader Joe Class action Suite

Your HONOR,

I am not an attorney and have no interest in Trader Joe's, other than to buy good healthy food at very good prices.

When I lived in Ohio, I would drive over 20 miles to go to the nearest Trader Joes. Having said that, I must tell you that this action is designed to penalize a company that is more concerned about health and good deals than any other, and profit the tort lawyer (up to $1 million) and to some extent ($2500 each) the people suing, that saw a chance to say "gotcha". I don't feel that I suffered any loss or degradation of health as a result of purchasing a few cookies that were slightly mislabeled.

I therefore feel that this is a frivolous case, and do not wish to add to Trader Joes expenses, by being included in the suite.

David Brook
*David Brook*

5208 Greymoss Lane

Apex NC 27509

PHONE
507 596 9782

FAX

WEB
AB4ZR@Yahoo.Com

David & Wendy Brook
5208 Greymoss Lane
Apex, NC 27539

RALEIGH NC 275
Research Triangle Region
18 MAR 2014 PM 5 L

9410 2803 432

United States District Court
Northern District of California
San Francisco Division
Clerk's Office
450 Golden Gate Avenue
San Francisco CA 94102