United States District Court
Northern District Of California
San Francisco Division
Clerks Office
450 Golden Gate Avenue



RECEIVED
2014 MAR 20 P 3: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lacie Thorn
9695 Marmot Way
Kelseyville, CA 95451
707-277-9695
bdnmom911@yahoo.com
3/15/14

I have not written a letter like this before. I object to this Class Action Lawsuit for many reasons. "Natural" as we all know is a very vague pretty much meaningless term these days. Anyone with any knowledge of health care and natural foods knows that "Organic", "Non-GMO's" and the like have much more meaning to your health and even those guidelines can be ridiculous! I was once at a Pear Orchard where there was a pesticicide free area and an area which was sprayed heavily with horrible chemicals to kill insects. These areas were so close to each other it was a joke & put on a whole new meaning for me about "Organic". Trader Joes' is one of the few companies who does care about providing more nutritious, healthy food & products offered at low prices. If this lawsuit were to proceed it will not do any good except to make attorneys richer.

I have seen before what class action suits provide and feel it only hurts everyone with the exception of the few lawyers involved. The cost will only drive up prices to consumers and make the general public feel that there is always someone out there to sue for any reason. I understand that a slap of the hand may be necessary & I hope if the ingredients were not really the definition of natural that they will be now. Was the butter really margarine? Margarine is only one molecule off from plastic. I don't know what was called "Natural" that really wasn't but I do feel that Trader Joes' does an overall fantastic job of providing quality products with diligent research and care!

I wish I had a TJ's where I live. I have to drive 1 ½ hours to get to mine. Please stand up for the Companies out there who are trying to do good for us all! What a waste of the whole legal system time in my opinion. There are Co's out there that need to be put in their place (Monsanto for one). Trader Joe's is not one of them.

I will continue to support them & hope I can have a little faith back in the legal system.

Thank you so much for listening!

Sincerely, Lacie Thorn
Personal Assistant at a Nutritional Co. not related in any way to Trader Joe's

Lacie Thorn
9645 Marmot Way
Kelseyville, CA 95451

OAKLAND CA 945
17 MAR 2014 PM 5 L

United States District Court
Northern District of CA.
San Francisco Division
Clerks Office
450 Golden Gate Ave.
94102