C13-1333 WHO

Office of the Clerk
United States District Court
Northern District of California
San Francisco Division
Clerk's Office
450 Golden Gate Avenue

FILED
2014 MAR 19 P 2:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

Dear Clerk of Court,

Regarding the Class Action against Trader Joe's,
It is my belief that Trader Joe's has not purposely done anything wrong. I believe that they are indeed a very ethical company that provides good food at low prices for consumers. This action will only force them to raise prices while enriching the greedy lawyers. I ask that you do not approve this settlement.

Thank you for your consideration.

Aleta Arthur
233 Kenilworth Road
Asheville, North Carolina 28803
828.298.9970
aletaharmony@gmail.com

Alexa Arthur 233 Kenilworth Road
Asheville, NC 28803

Office of the Clerk
United States District Court
Northern District of California
San Francisco Division
Clerk's Office
450 Golden Gate Avenue #36060
San Francisco, California 94102



GREENVILLE SC 295
15 MAR 2014 PM 1 L