The Honorable William H. Orrick
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

FILED

MAR 2 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

SUBJECT: Larsen, et al., v Trader Joe's Company
Civil Action No. 3:11-CV-05188-0WHO

Your Honorable William H. Orrick:

The class action suit against Trader Joe's for "mislabeled products" should be dismissed because of the following facts:

1. The FDA has not identified which ingredients occurring in nature, or naturally, and processed by manufacturing plants, organically or synthetically, are categorized as "all natural" or other. The FDA has stated that defining all natural is not at the top of their priority. Further, the FDA, the standard by which manufactures are regulated, has not objected to the use of the term [natural or all natural] if the food does not contain added color, artificial flavors, or synthetic substances.

2. Consumers have known, or should have known with the exercise of reasonableness, that the sheer volume that commercial companies must meet does not allow for 100%, organic, untouched-by-human-hands processing.

3. Too many consumers are looking for notoriety, fame and media attention and the press is granting their wish. This lawsuit is frivolous and does not stand of the merits of which lawsuits should be meet before proceeding through the court system.

4. Trader Joes, like all similar corporations, does seek to provide consumers reasonably and fairly manufactured foods that address the growing trend toward more responsible processing methods. The list of ingredients under the microscope by this lawsuit are not more offensive to the natural consumer than those produced by thousands of companies. Are we to call into court every manufacturer who provide "all natural' products whose ingredients include xanthan gum, for example? Have consumers resorted to industrial witch hunts?

It is time for the courts of The United States of America to hold consumers responsible for their own health. It is time to stop pointing the finger at everyone else.

This lawsuit is offensive on its face and not calculated to lead to the discovery of meaningful evidence that even the FDA is not willing to address. Granting this lawsuit a platform is taking away the standardization from the regulating body, the FDA, whose mission is to establish guidelines by which all manufactures must follow.

Dismiss this lawsuit in its entirety.

Respectfully submitted,

Cathy MacKinney
17902 SE Harrison Street
Portland, Oregon 97233



Cathy McKinney
17902 SE Harrison Street
Portland, OR 97233

The Honorable William H. Orrick
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102