March 24, 2014

11-5188 WHO

Honorable William H Orrick
United States District Court
450 Golden Gate Ave
San Francisco, CA 94102

**FILED**

MAR 27 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Orrick,

I have on 3 occasions tried to reach the Trader Joe toll free claim # and managed to leave my home address twice. I asked for a claim form which I am yet to receive. I also wrote them in Minnesota requesting the claim form and have received nothing. I appeal to you to make them live up to their posting in USA Today newspaper.

I have bought many many of the products mentioned but unfortunately never saved the credit card or cash receipts. Please advise on what I should do next.

Respectfully Submitted,
Brian B Silversmith
803 746 5523

DIET FITNESS CONNECTION
Brian Silversmith
9 Cove Road
Lake Wylie, SC 29710

DIET FITNESS CONNECTION
Brian Silversmith
9 Cove Road
Lake Wylie, SC 29710

CHARLOTTE NC 282
24 MAR 2014 PM 5 L



To: William H Orrick, Courtroom 2, 17th floor
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102