U.S. District Court  
Northern District of California  
San Francisco Division Clerk's Office  
450 Golden Gate Ave.  
San Francisco, CA 94102

April 27, 2014



11-5188 WHO

To Whom It May Concern:

I am objecting to this settlement because I don't like or agree with any part of it.

This is the most ridiculous, time and money-wasting class action lawsuit I've ever unknowingly been a part of! When it comes to buying groceries, I shop at Trader Joe's exclusively because their brand-name foods have no artificial ingredients, are not processed, or minimally so. As much as possible, they source their ingredients from non-GMO products. I don't know many other brands that can make those claims and I will continue shopping at Trader Joe's because of them.

As I write, I have a box of Trader Joe's Joe-Joe cookies in my pantry, and the ONLY ingredient I see that is named in this lawsuit is "cocoa processed with alkali." I expect this will not strike me down where I stand. I also see natural and even *organic* ingredients in this box! Do I have the "proof of purchase"? NO. Do I need it? Don't think so. I've never seen Trader Joe's products sold by anyone else but Trader Joe's, so the fact that I no longer have the receipt is mute.

If the Class Representatives (namely Tamar Larsen and Aran Eisenstat) want to do something worthwhile, they should bring class action suits against any one of the countless processed food products (and their manufacturers), that line the tens of thousands of grocery store shelves across this country, falsely claiming to be "100% Natural" or "All Natural."

Perhaps they're afraid of bringing suit against behemoths like Kraft Foods, or Nestles, or Kellogg's but it doesn't benefit anyone to try and destroy the good name of a conscious food purveyor. I sincerely hope that this trumped up "class action" is thrown out of court. I would hope you people have better things to do. I know I do!

Sincerely,

Marj Kenney  
875 W. Pecos Rd.  
Chandler, AZ 85225  
Moondancer875@msn.com

Cc: Trader Joe's Corp. Office  
    Monrovia, CA

MARJ KENNEY
175 W. Pecos Rd. #2046 Chandler, AZ 85225



PHOENIX AZ 852
28 APR 2014 PM 1 L

U.S. District Court
Northern District of California
San Francisco Division Clerk's Office
450 Golden Gate Ave.
San Francisco, CA 94102

9410 0234 6999