**Kerry Ann Sweeney**
**2001 Missouri Street**
**San Diego CA 92109**
**Kerryann62089@gmail.com**
**608-513-4277**

FILED

JUN 0 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

May 31, 2014

United States District Court
Clerk of Court's Office
Northern District of California,
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 95113

Re: Trader Joe's Class Action-Objection

11 - 5188 WHO

To the Hon. William Orrick:

### I.    CLASS MEMBERSHIP.

At the time of purchases I lived at 5763 Golden Terrace, Madison WI 53711 or 2001 Missouri Street San Diego, CA 92109. I have shopped at Trader Joe's often. My purchases are outlined in my claim. Objector does not intend to appear at the fairness hearing but requests being added to the service list.

### II.    LACK OF NOTICE

At the time the objections were due parties who might not otherwise object have NOT received ANY notice regarding the class action. I am one of them.

### III.    CONCLUSION

For the above reasons I object to the proposed settlement and award of attorney's fee and expenses.

_Kerry Ann Sweeney, Pro Se_

Kerry Ann Sweeney, Pro Se

CC: Class Counsel of Record

Objection to Class Action Settlement   1