AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| TAMAR DAVIS LARSEN et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-CV-05188 (WHO) |
| TRADER JOE'S COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dawn Weaver

Date: 06/10/2014

/s/ Joseph Darrell Palmer
*Attorney's signature*

Joseph Darrell Palmer
*Printed name and bar number*

Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008

*Address*

darrell.palmer@palmerlegalteam.com
*E-mail address*

(858) 215-4064
*Telephone number*

(866) 583-8115
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF.

                                    ___/s/ Joseph Darrell Palmer____
                                    Joseph Darrell Palmer
                                    Attorney for Objector