**F I L E D**

JUN 1 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Shennon Koch
810 SE Westwoods Dr
Waukee Iowa 50263
515-975-5100
Shennonkoch@msn.com

may concern:

I do not like this settlement action,
and I strongly oppose it! I personally love
Trader Joe's + trust the food products I buy
there. I believe in the integrity of this
wonderful company + do not feel they mislabeld
or were claiming any falsehoods with any of
their products! I have purchased the majority
of the items listed, multiple times, + will
continue to do so! I find no problem with
the ingredients listed in them. They are all
common ingredients in the majority of organic
+ natural products that you can find at whole
foods + other organic retailers. + It's really
disheartening that people want to hurt a
very credible + wonderful company such as
Trader Joe's, that is one of the few companies
that actually strives to bring to the American
public, safer, natural + healthy food options.
If there are a few ingredients that those
people do not approve of, they do not have to
buy them! Leave them on the shelves for
the rest of us that do wish to buy them +
feel they are healthy + safe. Why is it
that nobody ever complains about the
totally unnatural, chemical-driven + unsafe food
products being sold every day in the majority
of other grocery stores? Ingredients that

JUN 1 1 2014

have been proven to cause cancer, tumors + to not be healthy for people, are being purchased + consumed, at an alarming rate. Just because the American public is not educated on this fact, is still no excuse! Trader Joe's offers wonderful food items in their stores that have all passed strict guidelines, they keep their prices low + are a staffed with very friendly, helpful employees, + Trader Joe's is a very valuable part of any community it is in! To try to hurt them or bring them down is simply wrong!

Maybe these people should try working on taking down the Big Food industry + leave the little guys alone, especially when they are trying to do good + offer better, healthier options + alternatives to people.

I live in Iowa, but feel very passionate about this issue + would be willing to appear in court, if asked to do so.

I simply do not understand how these people feel they have a right to do this to Trader Joe's. Their ingredients are clearly listed on each item label. Of all the millions of food products being manufactured, sold in stores + willingly bought by millions of people that are clearly labeled with horrible ingredients in them - why not just leave Trader Joe's →

alone? They have done nothing wrong!
Even Whole Foods sells conventional
fresh fruits, vegetables + assorted other food
items throughout their 'organic' store. That
personally offends me, but it they are
clearly labeled, + I have the choice to
buy them or not. I choose not to buy
them + that is my right. One of the
greatest blessings we have, living in America,
is our freedom to choose! Let's please not
take that away + impose a few peoples
belief systems on the rest of the world!
    Trader Joe's is an outstanding company +
I believe in them + prefer to keep them
around! I will support them any way I
can through this process. I'm proud to say
I am a very loyal customer, I shop there
for the majority of all our household food +
products + am there 3-4 times a week.
    Thank you for taking the time to hear
my viewpoint on this settlement. I beg of
the court not to approve it!
                                    Sincerely,
                                    Shannon
                                    Hoch

The Reed Family
810 SE Westwoods Dr
Waukee Iowa 50263

Trader Joe's
Settlement

..... States District Court
Northern District of California
San Francisco Division
Clerks office
450 Golden Gate Ave.
San Francisco Ca sco     C 11-5188 (WHO)
94102

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA