Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER**
   **SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr.(admitted *pro hac vice*)
Stephen M. Pincus (admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
McKean J. Evans(admitted *pro hac vice*)
**FEINSTEIN DOYLE PAYNE &**
   **KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@fdpklaw.com
      spincus@fdpklaw.com
      wlison@fdpklaw.com
      mevans@fdpklaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMAR DAVIS LARSEN and ARAN EISENSTAT on behalf of themselves and all others similarly situated,**<br><br>             **Plaintiffs,**<br><br>      **v.**<br><br>**TRADER JOE'S COMPANY,**<br><br>        **Defendant.** | **CASE NO.: CV-11-5188-WHO**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF WYATT A. LISON IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1

I, Wyatt A. Lison, declare as follows:

1.    I am a senior associate with Feinstein Doyle Payne & Kravec, LLC, and serve as co-counsel for Plaintiffs Tamar Larsen and Aran Eisenstat in the above captioned action.

2.    I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California in this matter.

3.    I make this declaration of personal knowledge and if called upon to testify, I could and would testify competently to the matters set forth herein.

4.    This declaration is submitted in support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

5.    Attached hereto are true and correct copies of the following:

Exhibit 1: Claim Form for Sandra L. Webb dated March 14, 2014;

Exhibit 2: Email from Michael D. Braun, counsel for Plaintiffs, to Sandra L. Webb dated May 6, 2014;

Exhibit 3: Claim Form from Mr. and Mrs. Volkmor;

Exhibit 4: Table providing an example of thirty (30) class action settlements in which Darrell Palmer filed objections and dismissed, abandoned or withdrew the objection or appeal without attaining any changes to the settlement or conferring additional benefits to the class. The list includes and identifies cases in which Mr. Palmer represented current objectors Patrick Sweeney, Kerry Ann Sweeney, Jeff M. Brown and Nancy Pugleasa-Brown;

Exhibit 5: Order Denying Application of Claimant's Counsel Darrell Palmer to Appear *Pro Hac Vice* in *Herfert v. Crayola*, LLC, C11-1301-JCC (W.D. Wash);

Exhibit 6: Table providing an example of five (5) class action settlements in which Patrick Sweeney filed objections and dismissed, abandoned or withdrew the objection or appeal without attaining any changes to the settlement or conferring additional benefits to the class. The list includes and identifies cases in which Mr. Sweeney represented current objectors Pamela Sweeney and Kerry Ann Sweeney;

Exhibit 7: State Bar of Wisconsin attorney information for Patrick S. Sweeney;

Exhibit 8: Wisconsin Department of Revenue list of Delinquent Taxpayers by Name database identifying Patrick Sweeney, and the address he provided for his objection, as having a tax debt of $193,291.70;

Exhibit 9: The State Bar of California attorney profile information for Mr. Michael Narkin stating he was not eligible to practice law as of June 10, 1986;

Exhibit 10: August 9, 2004 article from the *San Jose Mercury News* by Howard Mintz, titled "Law Students Claim They've Been Had" available online at http://www.calstate.edu/pa/clips2004/august/9august/law.shtml;

Exhibit 11: September 24, 2004 article from the San Jose Mercury News by Howard Mintz, titled "Online School of Law Delisted" available online at http://www.lawschool.com/delisted.htm;

Exhibit 12: Table providing an example of two (2) class action settlements in which Michael Narkin filed objections and dismissed, abandoned or withdrew the objection or appeal without attaining any changes to the settlement or conferring additional benefits to the class;

Exhibit 13: Declaration of Roslyne Atilus and exhibits A through H thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of June, 2014.

s/Wyatt A. Lison
Wyatt A. Lison