# EXHIBIT 4

**Examples of Cases in Which Darrell Palmer Has Filed Objections and Dismissed, Abandoned or Withdrawn the Objections or Appeal Without Attaining Settlement Changes or Additional Benefits for the Class**

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *Arthur v. SLM Corp.*, No. 10-198 (W.D. Wash.) | **Patrick Sweeney**; Sasha McBean (Dkt. No. 97) | Court granted plaintiffs' motion for revocation of Court's order granting admission *pro hac vice* to Darrell Palmer (Dkt. No. 264).<br><br>In their motion, Plaintiffs described "Mr. Palmer's lack of candor to this Court (and others) in his pro hac vice applications." (Dkt. No. 251) | Not filed. | N/A |
| *In re: MagSafe Apple Power Adapter Litig.*, No. 9-1911 (N.D. Cal.) | **Kerry Ann Sweeney** (Dkt. No. 86) | Award of fees, expenses, incentive awards, and final approval of proposed settlement granted (Dkt. No. 107)<br><br>The court stated: "All objections to the Settlement, to the extent not previously withdrawn, are overruled." *Id.* at *2 ¶ 7. | Filed at Ninth Circuit (Dkt. No. 140) | Voluntarily dismissed (Dkt. No. 201) |
| *In Re: Sunpower Securities Litig.*, No. 9-5473 (N.D. Cal.) | **Jeff M. Brown** (Dkt. No. 264) | Withdrawn (Dkt. No. 265) | Not filed. | N/A |
| *In Re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litig.* | Sandra Yuen (Dkt. No. 335); **Nancy Brown (a.k.a. Nancy Pugleasa-Brown)**; John Hightower; Alison Paul; Cery Perle (Dkt. No. 337) | Award of fees, expenses, and incentive awards granted (Dkt. No. 355). Final approval of proposed settlement granted (Dkt. No. 356). Objections not mentioned in either order. | Filed at Eighth Circuit (Dkt. No. 363) | Voluntarily dismissed (Dkt. No. 392) |
| *Berger v. Property I.D. Corp., et al.*, No. | Joseph Palmer (Darrell Palmer | Award of fees, expenses, and incentive awards granted (Dkt. No. 899). Final | Not filed. | N/A |

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| 5-5373 (C.D. Cal.) | appearing *pro se* under his first name) (Dkt. No. 897) | approval of proposed settlement granted (Dkt. No. 900). Objections not mentioned in either order. | | |
| *Bakshi v. Henry Samueli, et al.*, No. 6-5036 (C.D. Cal.) | Smokestack Lightening Ltd. "Marisco" (Dkt. No. 348) | Overruled and $10,000 appeal bond required (Dkt. No. 356) | Filed at Ninth Circuit (Dkt. Nos. 358, 359) | Voluntarily dismissed (Dkt. No. 368) |
| *Browning v. Yahoo!, Inc.*, No. 4-1463 (N.D. Cal.) | Norman Palmer (Darrell Palmer's brother) (Dkt. No. 159); Jeff Heirichs (Dkt. No. 161); Richard Oster (Dkt. No. 162) | Overruled and final approval of proposed settlement granted (Dkt. Nos. 200, 201) | Filed at Ninth Circuit (Dkt. No. 205) | Voluntarily dismissed (No. 7-17326, Dkt. No. 12) |
| *In Re: Countrywide Financial Corp. Customer Data Security Breach Litig.*, No. 8-1998 (W.D. Ky.) | Winfield C. Scott; Barbara A. Scott; Myra E. Simmons-Homer; John M. Calder; Peggy A. Calder (Dkt. No. 212) | Finding objections to be without merit and granting final approval of proposed settlement (Dkt. No. 297) | Filed at Sixth Circuit (Dkt. No. 315) | Voluntarily dismissed (No. 10-6194, Dkt. No. 21) |
| *In Re: Currency Conversion Fee Antitrust Litig.*, MDL No. 1409 (S.D.N.Y.) | Richard Melton Construction, Inc.; Dirk F. Sutro (Dkt. No. 574) | There were 76 objectors to the proposed settlement. 263 F.R.D. 110, 123. The court found that the objections were either moot or without merit. *Id.* at 124-26.<br><br>Some objectors sought fees: "The objectors in this case did little to aid this Court. While there were modifications to the notice program, these modifications were entirely on the Court's initiative and | Not filed. | N/A |

2

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| | | devised by the Special Master and the parties. As for fees, the objections were so general and repetitive that they were of no assistance to an area with which this Court is intimately familiar." *Id.* at 132. | | |
| *Newby, et al. v. Enron Corp., et al.*, No. 1-3624 (S.D. Tex.) | Larry Fenstad; Dorothy Lancaster McCoppin (Dkt. No. 5868) | Overruled or finding objections to be without merit (Dkt. Nos. 6026, 6027, 6028) | Filed at Fifth Circuit (Dkt. No. 6038) | Stipulated dismissal (No. 8-20648, Dkt. No. 51920399) |
| *Friedman, et al. v. 24 Hour Fitness USA Inc., et al.*, No. 6-6282 (C.D. Cal.) | Toni Ozen (Dkt. No. 543) | Overruled and found to be without merit (Dkt. No. 579) | Filed at Ninth Circuit (Dkt. No. 584) | Stipulated dismissal (Dkt. No. 586) |
| *Gemelas v. Dannon Co., Inc.*, No. 8-236 (N.D. Ohio) | Steven P. Cope (Dkt. No. 58) | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (Dkt. No. 71)<br><br>In its Memorandum of Opinion and Order, dated August 31, 2010, the court stated, "The only objections to the settlement were lodged by what now appear to be 'serial objectors.'" (Dkt. No. 96, at *3) | Not filed. | N/A |
| *Hoffman v. Citibank (South Dakota) NA, et al.*, No. 6-571 (C.D. Cal.) | Joseph Balla; Andrew J. Cesare; Todd Bates (Dkt. No. 68) | Award of fees, expenses, and incentive awards granted (Dkt. Nos. 93, 94). Final approval of proposed settlement granted (Dkt. No. 95). Objections not mentioned in either order. | Filed at Ninth Circuit (Dkt. No. 98) | Voluntarily dismissed (Dkt. No. 106) |
| *Koller v. Int'l Rectifier Corp., et al.*, No. 7-2544 (C.D. Cal.) | Cascia II, LLC (Dkt. No. 304) | Withdrawn (Dkt. No. 307) | Not filed. | N/A |
| *In re: LifeLock, Inc.*, | Billy Daniels (Dkt. | Award of fees, expenses, incentive | Filed at Ninth | Voluntarily dismissed |

3

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *Marketing & Sales Practices Litig.*, No. 8-1977 (D. Ariz.) | No. 187) | awards, and final approval of proposed settlement granted (Dkt. No. 218). The court stated, "the Parties demonstrated in their Response to Objections that none of the asserted bases for objection is valid." *Id.* at *9. | Circuit (Dkt. No. 221) | (Dkt. No. 235) |
| *In Re: Mercury Interactive Securities Litig.*, No. 5-3395 (N.D. Cal.) | Marshall J. Orloff Ira R/O FCC as Custodian for Alliancebernstein US FOCS BLND; Marshall J. Orloff TTEE and Ann S. Orloff TTEE OFI S&P 500 Enhanced Core and Orloff FAM TR UAD 12/13/01 Marshall J. Orloff & Ann S. Orloff TTEEs Penn Small Cap Core (Dkt. No. 401) | Withdrawn (Dkt. No. 412) | Not filed. | N/A |
| *In Re: Vitamin Antitrust Litig.*, MDL No. 1285 (D.D.C.) | Teri Cunningham; Neil Freedman (Dkt. No. 4886) | Found to be without merit (Dkt. No. 4888) | Filed at District of Columbia Circuit (Dkt. No. 4889) | Stipulated dismissal (Dkt. No. 4891) |
| *Smith, et al. v. Wal-Mart Stores, Inc.*, No. 6-2069 (N.D. Cal.) | Nicole Clemente, Lolita Wells (Dkt. No. 408); Joseph D. Wilkins (Dkt. No. 409) | Withdrawn (Dkt. No. 426) | Not filed. | N/A |
| *Wilson, et al. v.* | Denise Fairbank | Estep objection rejected for failure to file | Filed at Ninth | Voluntarily dismissed |

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *Airborne, Inc., et al.*, No. 7-770 (C.D. Cal.) | (Dkt. No. 154); Falicia Estep (Dkt. No. 155) | electronically; Fairbank objection overruled and found to be without merit (Dkt. No. 170) | Circuit (Dkt. No. 189) | (Dkt. No. 219) |
| *Yeagley v. Wells Fargo & Co. et al.*, No. 5-3403 (N.D. Cal.) | Rose A. Munoz (Dkt. No. 110) | Withdrawn as plaintiffs' counsel agreed to pay the objectors' attorneys' fees (Dkt. No. 158) | Not filed. | N/A |
| *In re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litig.*, No. 11-2247 (D. Minn.) | Paul Palmer; Jeffrey Palmer  (Darrell Palmer never formally entered his appearance. The court stated: "[T]he Palmer Objectors appear to be represented by an attorney [Darrell Palmer] who has not entered an appearance in this case and who is believed to be a serial objector to other class-action settlements." (Dkt. No. 76, at *5)) | Award of fees, expenses, incentive awards, and final approval of proposed settlement granted (Dkt. No. 70)  The court did not consider Paul and Jeffrey Palmer's objections because it determined that they were not class members. (Dkt. No. 70, at *6 n.4) | Filed at Eighth Circuit (Dkt. No. 106) | Voluntarily dismissed (Dkt. No. 150) |
| *In re: Lawnmower Engine Horsepower Marketing and Sales Practices Litig.* (No. | Rosalie Borgardts; Paul Palmer; Irving S. Bergrin; Cory A. Buye; Thomas | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (Dkt. Nos. 381–385) | Filed at Seventh Circuit (Dkt. No. 386) | Voluntarily dismissed (Dkt. No. 487) |

5

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *II)*, MDL No. 8-1999 (E.D. Wis.) (co-counsel with Patrick Sweeney) | Basie (Dkt. No. 296) | | | |
| *Dennis v. Kellogg Co.*, No. 9-1786 (S.D. Cal.) | Stephanie Berg (Dkt. No. 43)<br><br>Kendall Mark Jan; Toni Ozen (Dkt. No. 103) | Award of fees and expenses and final approval of proposed settlement granted (Dkt. No. 49).  Objections not mentioned in the order.<br><br>Overruling all objections; award of fees, expenses, and incentive awards; and final approval of proposed settlement granted (Dkt. Nos. 115, 116).<br><br>The court stated: "[T]he few objections submitted are without merit."  (Dkt. No. 115, at *5); *see also* 2013 WL 6055326, at *4 (same).  The court went on to note: "[P]resent objectors' counsel, Darrell Palmer . . . ha[s] been widely and repeatedly criticized as [a] serial, professional, or otherwise vexatious objector[]."  (Dkt. No. 115, at *7 n.2) (citing cases); *see also* 2013 WL 6055326, at *4 n.2 (same). | Filed at Ninth Circuit (Stephanie Berg) (Dkt. No. 51)<br><br>Filed at Ninth Circuit (Kendall Mark Jan, Toni Ozen) (Dkt. No. 125) | Pending (Stephanie Berg) (Dkt. No. 154)<br><br>Voluntarily dismissed as to some parties (Kendall Mark Jan, Toni Ozen) (Dkt. No. 154) |
| *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litig.*, No. 10-2151 | Lin T. Ly; Margaret Strohlein (Dkt. No. 3680) | Denied and overruled all objections as without merit and award of fees, expenses, incentive awards, and final approval of proposed settlement granted (Dkt. Nos. 3928, 3933, 3935) | Filed at Ninth Circuit (Dkt. No. 4091) | Voluntarily dismissed (Dkt. No. 4478) |

6

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| (C.D. Cal.) | | | | |
| *In Re: Groupon, Inc., Marketing And Sales Practices Litig.*, No. 11-2238 (S.D. Cal.) | Chris Brown; Margaret Strohlein; Robert Falkner (Dkt. No. 58) | Overruled all objections except two objections to the *cy pres* award; award of fees, expenses, incentive awards; and final approval of proposed settlement granted (Dkt. Nos. 108, 109) | Filed at Ninth Circuit (Dkt. No. 112) | Dismissed for failure to file opening brief on appeal (Dkt. No. 139) |
| *In Re: Oil Spill by Oil Rig "Deepwater Horizon"*, MDL No. 2179 (E.D. La.) | Mike Sturdivant; Patricia Sturdivant; Susan Forsyth; James H. Kirby, IV (CA No. 10-7777 (E.D. La.), Dkt. No. 124) | Overruled all objections and found proposed settlement to be fair, reasonable, and adequate (CA No. 10-2179 (E.D. La.), Dkt. No. 8138). The court stated: "None of the objections, whether filed on the objections docket or elsewhere, have shown the Settlement to be anything other than fair, reasonable, and adequate." *Id.* at *116.<br><br>Overruled all objections and found proposed settlement to be fair, reasonable, and adequate (CA No. 10-2179 (E.D. La.), Dkt. No. 8217).<br><br>In its Order and Reasons Granting Final Approval of the Medical Benefits Class Action Settlement, dated January 11, 2013, the court stated: "Mr. Palmer has been deemed a 'serial objector' by several courts." 295 F.R.D. 112, 159 n.40. | Filed at Fifth Circuit (CA No. 10-7777 (E.D. La.), Dkt. No. 268) | Voluntarily dismissed in part (No. 13-30021, Dkt. No. 512529668) |
| *City of Roseville, et al. v. Micron Technology, Inc., et al.*, No. 6-85 (D. Idaho) | Orloff Family Trust UAD 12/31/01 Marshall J. Orloff & Ann S. Orloff Trustees | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (Dkt. No. 188) | Filed at Ninth Circuit (Dkt. No. 190) | Affirming district court (Dkt. No. 201) |

7

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| | (Dkt. No. 172) | | | |
| *Ormond, et al. v. Anthem, Inc., et al.*, No. 5-1908 (S.D. Ind.) | Edwin H. Paul (Dkt. No. 748) (Darrell Palmer later withdrew his *pro hac vice* application, citing "a battery of personal attacks by class counsel." (Dkt. No. 754)) | Award of fees, expenses, incentive awards, and final approval of proposed settlement granted (Dkt. Nos. 780, 782) The court overruled the objection of Edwin H. Paul, the only class member out of more than 705,000 to object to the proposed settlement.  (Dkt. No. 780, at *5) In its Order on Request for Appeal Bond, dated February 27, 2013, the court discussed Darrell Palmer's history as a serial objector: "[T]he Court does find evidence of bad faith or vexatious conduct on the part of appellants.  Mr. Paul appears to be represented by an attorney who has not entered an appearance in this case.  It is worth noting that attorney Darrell Palmer ('Mr. Palmer'), previously requested leave to appear *pro hac vice* in this case (Dkt.747). However, this request was withdrawn after the Court scheduled a teleconference to address Mr. Palmer's motion (Dkt.754).  Despite this, Mr. Palmer is listed as the payor of Mr. Paul's Notice of Appeal filing fee.  Mr. Palmer's office also emailed Plaintiffs a notice and copy of Mr. Paul's most recent filing (Dkt.809-3).  Plaintiffs have produced evidence that | Filed at Seventh Circuit (without Darrell Palmer) (Dkt. No. 791) | Voluntarily dismissed (without Darrell Palmer) (Dkt. No. 828) |

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| | | Mr. Palmer is likely a serial objector and other courts have recognized similar behavior. . . . [T]his Court finds such behavior in bad faith and also potentially violative of local and ethical rules." 2013 WL 752637, at *3. | | |
| *In re: Dell, Inc. Securities Litig.*, No. 6-726 (W.D. Tex.) | St. Stephen, Inc., Smokestack Lightning Limited (Dkt. No. 256) | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (Dkt. Nos. 286, 301) | Filed at Fifth Circuit (Dkt. No. 325) | Affirming district court (Dkt. No. 354) |
| *Herfert, et al. v. Crayola, LLC, et al.*, No. 11-1301 (W.D. Wash.) | Amber Pederson (Dkt. No. 59)<br><br>Amber Pederson filed an objection *pro se*. (Dkt. No. 47) | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (Dkt. No. 51)<br><br>Amber Pederson later voluntarily withdrew her objections. (Dkt. No. 80) | Filed at Ninth Circuit (Dkt. No. 54)<br><br>Amber Pederson filed an appeal *pro se*.<br><br>Darrell Palmer filed an Application for Leave to Appear *Pro Hac Vice* for Amber Pederson. (Dkt. No. 59) The court denied his application "for failure to appear at a prior hearing and for | Voluntarily dismissed (Dkt. No. 81) |

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|------|-----------|----------------------|--------|-------------------|
|      |           |                      | material nondisclosures in his application," stating that he "falsely declared under penalty of perjury that he had not been disbarred or formally censured by a court of record or by a state bar association." (Dkt. No. 74) |                   |