# EXHIBIT 6

**Examples of Cases in Which Patrick Sweeney Has Filed Objections and Dismissed, Abandoned or Withdrawn the Objections or Appeal Without Attaining Settlement Changes or Additional Benefits for the Class**

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *In Re: Checking Account Overdraft Litig.*, No. 9-2036 (S.D. Fla.) | Martin Carapia; Fatima Dorego (Dkt. No. 1936)<br><br>Ryan Phillips (Dkt. No. 3033)<br><br>Joseph D. Wilkins; Patrick C. Morris; Rena A. Morris; Curt Tweed; Nicholas Kirkpatrick; Christopher Kirkpatrick (Dkt. No. 3081)<br><br>Ryan Wantz; David Curtis (Dkt. No. 3440)<br><br>**Pamela Sweeney; Kerry Ann Sweeney** (Dkt. No. 3698) | Award of fees, expenses, incentive awards, and final approval of proposed settlement granted (Carapia, Dorego) (Dkt. No. 2150). The court overruled all objections, stating: "The Court denies the objections and rejects the arguments of Objectors in all respects, and finds that they are both completely unsupported in the record (no Objector having submitted even a single affidavit to provide facts or expert opinions supporting their positions) and unpersuasive as to the substance of their complaints." *Id.* at *3.<br><br>Withdrawn (Phillips) (Dkt. No. 3075)<br><br>Withdrawn (Wilkins, et al.) (Dkt. No. 3082)<br><br>Withdrawn (Wantz, Curtis) (Dkt. No. 3514)<br><br>Withdrawn (Pamela Sweeney, Kerry Ann Sweeney) (Dkt. No. 3727) | Filed at Eleventh Circuit (Carapia, Dorego) (Dkt. No. 2251)<br><br>Not filed (all other objectors). | Voluntarily dismissed (Carapia, Dorego) (Dkt. No. 2779)<br><br>N/A (all other objectors) |
| *In re: Lawnmower Engine Horsepower Marketing and Sales Practices Litig.* (No. | Rosalie Borgardts; Paul Palmer; Irving S. Bergrin; Cory A. Buye; Thomas | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (Dkt. Nos. 381–385) | Filed at Seventh Circuit (Dkt. No. 386) | Voluntarily dismissed (Dkt. No. 487) |

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *II)*, MDL No. 8-1999 (E.D. Wis.) (co-counsel with Darrell Palmer) | Basie (Dkt. No. 296) | | | |
| *Arthur v. SLM Corp.*, No. 10-198 (W.D. Wash.) (represented by Darrell Palmer) | Patrick Sweeney; Sasha McBean (Dkt. No. 97) | Court granted plaintiffs' motion for revocation of Court's order granting admission *pro hac vice* to Darrell Palmer (Dkt. No. 264). <br><br> In their motion, Plaintiffs described "Mr. Palmer's lack of candor to this Court (and others) in his pro hac vice applications." (Dkt. No. 251) | Not filed. | N/A |
| *Kardonick v. JP Morgan Chase & Co., et al.*, No. 10-23235 (S.D. Fla.) (co-counsel with Jeff M. Brown) | September Katje (Dkt. No. 357); Tom Blanchard (Dkt. No. 360) | Award of fees, expenses, incentive awards, and final approval of proposed settlement granted (Dkt. No. 384). The court overruled all objections, stating: "The Court has considered and overruled all objections to the Settlement." *Id.* at *4 ¶ 12. | Filed at Eleventh Circuit (Dkt. No. 389) | Voluntarily dismissed (Dkt. No. 450) |
| *Colon v. Jaguar Land Rover North America, LLC*, No. 1-06-cv-075163 (Cal. Super. Ct.) | *Pro se* | Found proposed settlement to be fair, reasonable, and adequate after considering all objections (11/8/2013) | Filed at Cal. Super. Ct. (12/17/2013) | Abandoned (2/14/2014) |