# EXHIBIT 7





# Lawyer Search

The license status and member type information provided reflect this lawyer's current information. For historical information on their license status, please contact Customer Service.

To add to or update your profile, go to *my*Profile.



**Atty. Patrick S. Sweeney**
Sweeney Legal Group SC
2935 S Fish Hatchery Rd Ste 7
Madison WI 53711-7408
**Phone:** (608) 695-3961
**County:** Dane
**Email:** patrick@sweeneylegalgroup.com

**Member ID:** 1020435
**Graduation Year:** 1986
**Languages:** English
**Law School:** California Western School of Law
**WI Admission:** 09/23/1992
**License Status:**
 Good Standing
**Member Type:**
 Active

You must Login to view full profile