# EXHIBIT 8

Home > Wisconsin Delinquent Taxpayers > Delinquent Taxpayers by Name > Delinquent Taxpayers by Name

# Delinquent Taxpayers by Name

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #

**Go to Revoked Sellers Page**

**Back to Delinquent Page**

| Name/Doing Business As Name | Last Known Mailing Address | Tax Type | Amount |
|---|---|---|---|
| S & A 786 LLC<br>SMILE'S PETROLEUM | 9502 S HOWELL AVE OAK CREEK WI 53154-4500 USA | S | $6,887.91 |
| S & D METAL STRIPPING SPECIALISTS LLC | 103 200TH AVE UNION GROVE WI 53182-2940 USA | S,B | $10,695.82 |
| S & J ENTERPRISES OF LAKE GENEVA, INC. | 427 W ROCKWELL ST ELKHORN WI 53121-1163 USA | W | $70,045.02 |
| S & M OIL LLC<br>SHARON SUPER MART | 22100 BURBANK BLVD WOODLAND HLS CA 91367-7620 USA | W,S,B | $81,185.59 |
| S & N DONUTS, INC.<br>HONEYDIP DONUTS | 5158 S 108TH ST HALES CORNERS WI 53130-0136 USA | W,S,E,C | $5,647.98 |
| S & S COMPUTERS LLC | 525B S BIRD ST SUN PRAIRIE WI 53590-0280 USA | S | $6,611.63 |
| S & T ENTERTAINMENT, INC.<br>STUMBLE INN | 1611 S PRAIRIE AVE WAUKESHA WI 53189-9738 USA | W,S,C | $12,372.26 |
| S & T VENTURES, INC.<br>ASHLAND DAIRY QUEEN | 501 LAKE SHORE DR E ASHLAND WI 54806-6183 USA | S | $38,457.05 |
| S AND S COATING | 2267 80TH ST NEW RICHMOND WI 54017-7623 USA | W,C | $138,321.12 |
| S L B L ENTERPRISES INC<br>S.L.B.L. ENTERPRISES, INC. | 116 S SCHUYLER ST NEOSHO WI 53059-9965 USA | W,B | $99,908.62 |
| S MEDIA LLC<br>CATALOG SOURCE INC | 11623 W BLUEMOUND RD MILWAUKEE WI 53226-6393 USA | W,S | $42,749.89 |
| S N D ENTERPRISES, INC.<br>NORTHWOODS TECHNOLOGY | 177 DIVISION ST PARK FALLS WI 54552-2126 USA | C | $7,755.30 |
| S R & K INVESTOR LLC OWNED BY RUHMA MA | 1020 WASHINGTON STRE GRAFTON WI 53024-4000 USA | S | $11,420.36 |
| S R FUEL OF KENOSHA INC<br>S R PHILLIPS 66 | 6905 45TH AVE KENOSHA WI 53142-2383 USA | W,S,C | $13,308.00 |
| S&D QUICK MART LLC | 3640 PILGRIM RD BROOKFIELD WI 53005-5222 USA | W,Y,S | $7,711.72 |

| Name | Address | | Amount |
|---|---|---|---|
| SWANSON'S SUPPER CLUB INC<br>SWANSON'S SUPPER CLUB INC | 2461 OLD CAMDEN SQ MADISON WI 53718-8801 USA | W,S,C | $10,149.35 |
| SWANSON, CHARLES | N1928 989TH ST EAU CLAIRE WI 54701-1181 USA | I | $28,806.30 |
| SWANSON, DEBORAH | 2461 OLD CAMDEN SQ MADISON WI 53718-8801 USA | W,S,FE | $9,984.35 |
| SWANSON, DENNIS | 228 SUBONI ST CENTURIA WI 54824-4903 USA | I | $21,012.50 |
| SWANSON, JAMES | 497 COUNTY ROAD K HARTFORD WI 53027-7903 USA | W | $73,835.08 |
| SWANSON, JAMES | N 7180 MAIN ST MERTON WI 53056 USA | W,I | $113,831.75 |
| SWANSON, MARY | 2410 HAMMOND AVE SUPERIOR WI 54880-0712 USA | W,I | $38,073.99 |
| SWANSON, MICHAEL | PO BOX 1608 SUPERIOR WI 54880-0005 USA | I | $37,917.72 |
| SWARTZ SR, JOHN<br>ROCK SOLID CUSTOM HOMES LLC | W140 N13914 COUNTRY GERMANTOWN WI 53022-2000 USA | I | $19,952.13 |
| SWARTZ, KURT | 1690 BLACKHAWK CV EAGAN MN 55122-2121 USA | W,S,I | $1,015,083.32 |
| SWEARINGEN, DONALD<br>SERPENT COMPUTERS LLC | W2243 STATE HIGHWAY GILLETT WI 54124-4940 USA | W,S,I,FE | $112,319.49 |
| SWEATT, JAMES | W5307 MICHAEL DR HILBERT WI 54129-9920 USA | I | $8,129.46 |
| SWEDENBORG, ROD | 1262 PADDOCK TRL SAINT PAUL MN 55125-5883 USA | I | $25,916.85 |
| SWEENEY, CHARLES | 134 ATTEWELL ST MAUSTON WI 53948-8105 USA | I | $47,765.82 |
| SWEENEY, PATRICK | 2935 S FISH HATCHERY FITCHBURG WI 53711-1643 USA | S,I,FE | $193,291.70 |
| SWEENEY, RICHARD | 3003 WILSON ST MENOMONIE WI 54751-1105 USA | I | $91,193.44 |
| SWEIGART, SUSAN | 811 N RANKIN ST APPLETON WI 54911-1525 USA | I | $18,283.92 |
| SWENSON, ALVIN | 1406 HEERMANN CT SHEBOYGAN WI 53081-1254 USA | I | $7,466.81 |
| SWENSON, DENNIS<br>BOSCOBEL AUTO BODY SHOP | 106 COMMERCIAL ROW BOSCOBEL WI 53805-5132 USA | I | $14,374.67 |
| SWENSON, PATRICIA | 1406 HEERMANN CT SHEBOYGAN WI 53081-1254 USA | I | $7,466.81 |

[Home](#) > [Wisconsin Delinquent Taxpayers](#) > [Delinquent Tax Types](#)

| Delinquent Tax Type Key | | | |
|---|---|---|---|
| A | Aviation | K | Dry Cleaning |
| AMB | Ambulatory | L | Liquor |
| AV | Ad Valorem | LT | Lottery |
| B | Business Tax Registration | M | Motor Fuel |
| BR | Beer | N | Rental Vehicle |
| C | Corporation | OCU | Occasional Consumer Use |
| CC | Court Costs | P | Petroleum |
| CG | Cigarette | R | Real Estate Transfer |
| CL | Carline | S | Sales |
| E | Expo | T | Tobacco |
| EST | Estate Tax | U | Utility |
| F | Special Fuel | V | Manufacturing |
| FE | Fees | W | Withholding |
| G | Gift | WN | Wine |
| H | Inheritance | X | Stadium |
| I | Income | Y | Economic Development Surcharge |
| IA | Installment Agreement | Z | Admin. Penalty |
| J | Premier Resort | | |

Last updated October 8, 2010