Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email:  service@braunlawgroup.com

Janet Lindner Spielberg (221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Boulevard, Suite 400
Los Angeles, California  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email: jlspielberg@jlslp.com

Joseph N. Kravec, Jr.(admitted *pro hac vice*)
Stephen M. Pincus (admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
McKean J. Evans(admitted *pro hac vice*)
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:  jkravec@fdpklaw.com
            spincus@fdpklaw.com
            wlison@fdpklaw.com
            mevans@fdpklaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **TAMAR DAVIS LARSEN AND ARAN EISENSTAT, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TRADER JOE'S COMPANY, a California Corporation,**<br><br>**Defendant.** | **CASE NO.:  3:11-cv-05188-WHO**<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS**<br><br>Hon. William H. Orrick |

PLEASE TAKE NOTICE that Mr. Jeff M. Brown and Ms. Nancy Pugleasa-Brown, through Patrick Sweeney, requested that I file a letter signed by them withdrawing their objections to the settlement in the above-captioned action. The letter and relevant materials are attached to the accompanying Declaration of Wyatt A. Lison.

DATED: June 26, 2014

        **FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

        By: <u>s/Wyatt A. Lison</u>
             Wyatt A. Lison

        Joseph N. Kravec, Jr.
        Stephen M. Pincus
        McKean J. Evans

        Allegheny Building, 17th Floor
        429 Forbes Avenue
        Pittsburgh, PA 15219

        Janet Linder Spielberg
        **LAW OFFICE OF JANET LINDNER SPIELBERG**
        12400 Wilshire Blvd., Suite 400
        Los Angeles, CA 90025

        Michael D. Braun
        **BRAUN LAW GROUP, P.C.**
        10680 W. Pico Boulevard, Suite 280
        Los Angeles, CA 90064

        *Attorneys for Plaintiffs*

**PROOF OF SERVICE**

STATE OF PENNSYLVANIA )
) ss.:
COUNTY OF ALLEGHENY )

I am employed in the County of Allegheny, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219.

On June 26, 2014, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Wyatt A. Lison, I filed and served the document(s) described as:

**NOTICE OF WITHDRAWAL OF OBJECTIONS**

**[X]   BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF).

**[X]   BY U.S. FIRST CLASS MAIL** – by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Pittsburgh, PA addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**SEE ATTACHED SERVICE LIST**

I declare that I am admitted *pro hac vice* in this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 26, 2014 at Pittsburgh, Pennsylvania.

  s/Wyatt A. Lison
       Wyatt A. Lison

**SERVICE LIST**
**(SERVED BY U.S. FIRST CLASS MAIL)**

Byron Reimus & Associates
398 Sherwood Drive
Yardley, PA 19067-3331

Gary W. Gill
8415 Anchorage Court
Indianapolis, IN 46236-9310

Diane Atkins
461 N. Lake Street, Apartment 411
Aurora, IL 60506

Barbara Coffing
1290 Amethyst Street
Mentone, CA 92359

David Brook
5208 Greymoss Lane
Apex, NC 27539

Lacie Thorn
9695 Marmot Way
Kelseyville, CA 95451

Aleta Arthur
233 Kenilworth Road
Asheville, NC 28803

Cathy MacKinney
17902 SE Harrison Street
Portland, OR 97233

Marj Kenney
875 W. Pecos Road #2046
Chandler, AZ 85225

Nancy Pugleasa-Brown
8787 Stonebridge Trail
Stillwater, MN 55082

Jeff M. Brown
1544 SW 13th Street
Boca Raton, FL 33486-5339

Pamela Sweeney
2935 South Fish Hatchery Road, Unit #7
Madison, WI 53711

Kerry Ann Sweeney
2001 Missouri Street
San Diego, CA 92109

Patrick Sweeney
430 Matterhorn Dr.
Verona, WI 53593

Michael Narkin
85391 Chezem Road
Eugene, OR 97405

Shannon Koch
810 SE Westwoods Dr.
Waukee, IA 50263

Mr. & Mrs. Volkmor
5416 Corteen Place, Apartment 305
Valley Village, CA 91607-4326