Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email:  service@braunlawgroup.com

Janet Lindner Spielberg (221926)
**LAW OFFICES OF JANET LINDNER**
  **SPIELBERG**
12400 Wilshire Boulevard, Suite 400
Los Angeles, California  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email: jlspielberg@jlslp.com

*Attorneys for Plaintiffs*

Joseph N. Kravec, Jr.(admitted *pro hac vice*)
Stephen M. Pincus (admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
McKean J. Evans(admitted *pro hac vice*)
**FEINSTEIN DOYLE PAYNE &**
  **KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:  jkravec@fdpklaw.com
          spincus@fdpklaw.com
          wlison@fdpklaw.com
          mevans@fdpklaw.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TAMAR DAVIS LARSEN AND ARAN EISENSTAT, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>        **v.**<br><br>**TRADER JOE'S COMPANY, a California Corporation,**<br><br>        **Defendant.** | **CASE NO.:  3:11-cv-05188-WHO**<br><br><u>**CLASS ACTION**</u><br><br>**DECLARATION OF WYATT A. LISON**<br><br>Hon. William H. Orrick |

I, Wyatt A. Lison, declare as follows:

1.      On June 26, 2014, I received a call from a gentleman representing himself as Patrick Sweeney.  Mr. Sweeney is an attorney who filed an objection to the settlement in this action.  *See* Dkt. No. 101.  Mr. Sweeney indicated he was calling on behalf of two other persons who filed their own objections to the settlement in this action "pro se," Jeff M. Brown and Nancy Pugleasa-Brown.  *See* Dkt. Nos. 96 and 97 (objections).

2.      Mr. Sweeney indicated to me that Mr. Brown and Ms. Pugleasa-Brown wished to withdraw their objections to the Settlement.  Mr. Sweeney also asked that I confirm that Plaintiffs would withdraw a subpoena served on Ms. Pugleasa-Brown that required her to attend a deposition on June 27, 2014.

3.      I asked Mr. Sweeney if he represented the Browns, and Mr. Sweeney indicated he did not.  Mr. Sweeney told me he was contacting me on their behalf because neither Mr. Brown nor Ms. Brown was available to contact me directly at that time.

4.      I told Mr. Sweeney that I could not withdraw the subpoena for Ms. Pugleasa-Brown's deposition until I had confirmation from Ms. Pugleasa-Brown herself that she was withdrawing her objection to the settlement.

5.      After our conversation, I emailed Mr. Sweeney a confirmation of our discussion and copied Mr. Brown at an email address obtained through his law firm's website, JBrown@lavallebrown.com.  In my email to him, I told Mr. Sweeney that if the Browns were unable to personally file their withdrawal on June 26, 2014, that I would be willing to file it on their behalf if they provided it to me electronically.

6.      On June 26, 2014, several minutes after I emailed Mr. Sweeney a confirmation of our conversation, I received a second call from Mr. Sweeney indicating that I would have a letter from Mr. Brown and Ms. Pugleasa-Brown, but because they were not registered with the Court through the Court's Case Management/Electronic Case Filing system, they could only mail their withdrawal in a latter for manual filing.  I indicated to Mr. Sweeney over the phone, as I had in my email to him, that I was willing to file it with the Court through CM/ECF if the Browns provided me their letter.

7.      On June 26, 2014, I received an email from Mr. Sweeney indicating that a letter stating the Browns were withdrawing their objections was being drafted.  Attached hereto as Exhibit 1 is a true

and correct copy of Mr. Sweeney's email responding to my email confirming our conversation.  Mr. Sweeney's email indicates he maintains an office located at 750 South Dixie Highway, Boca Raton, FL 33432 with a telephone number 561-395-0000.  This is the same address and telephone number used by Jeff M. Brown and his law firm, Lavalle, Brown & Ronan, P.A.  *See* http://www.lavallebrown.com/?content=contact.  *See also* Exhibit 2 discussed *infra*. (email from Camille H. Martin, Legal Assistant at Lavalle, Brown & Ronan, P.A., showing the firm's address).

8.  On June 26, 2014 at 2:00 p.m., I received an email from Camille H. Martin, Legal Assistant at Lavalle, Brown & Ronan, P.A., attaching a letter signed by Mr. Brown and Ms. Pugleasa-Brown.  Attached hereto as Exhibit 2 is a true and correct copy of the email I received from Ms. Martin.

9.  Attached hereto as Exhibit 3 is a true and correct copy of a letter from Jeff M. Brown and Nancy pugleasa-Brown that was attached to Ms. Martin's email referenced above.  Mr. Brown's and Ms. Pugleasa-Brown's letter indicates they are withdrawing their objections to the settlement in this action.

10.  Mr. Brown and Ms. Pugleasa-Brown did not request, nor have there been, any changes to the terms of the settlement in this action, and Plaintiffs have not agreed to provided Mr. Brown and Ms. Pugleasa-Brown any compensation to the Browns, in exchange for their withdrawal of their objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 26, 2014

**FEINSTEIN DOYLE PAYNE**
**& KRAVEC,  LLC**

By:   s/Wyatt A. Lison
    Wyatt A. Lison

Joseph N. Kravec, Jr.
Stephen M. Pincus
McKean J. Evans
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Janet Linder Spielberg
**LAW OFFICE OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025

Michael D. Braun
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Boulevard, Suite 280
Los Angeles, CA 90064

*Attorneys for Plaintiffs*

**PROOF OF SERVICE**

STATE OF PENNSYLVANIA           )
                                            )    ss.:

COUNTY OF ALLEGHENY            )

       I am employed in the County of Allegheny, State of Pennsylvania.  I am over the age of 18 and not a party to the within action.  My business address is 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA  15219.

       On June 26, 2014, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Wyatt A. Lison, I filed and served the document(s) described as:

**DECLARATION OF WYATT A. LISON**

**[X]    BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:**  I caused the above document(s) to be transmitted by electronic mail to those ECF registered          parties   listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and          by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing  (NEF).

**[X]    BY U.S. FIRST CLASS MAIL** – by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Pittsburgh, PA addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**SEE ATTACHED SERVICE LIST**

       I declare that I am admitted *pro hac vice* in this action.

       I declare under penalty of perjury under the laws of the United States that the above is true and correct.

       Executed on June 26, 2014 at Pittsburgh, Pennsylvania.


      s/Wyatt A. Lison
       Wyatt A. Lison

1

**SERVICE LIST**
**(SERVED BY U.S. FIRST CLASS MAIL)**

2

Byron Reimus & Associates
398 Sherwood Drive
3     Yardley, PA 19067-3331

Kerry Ann Sweeney
2001 Missouri Street
San Diego, CA 92109

4     Gary W. Gill
8415 Anchorage Court
5     Indianapolis, IN 46236-9310

Patrick Sweeney
430 Matterhorn Dr.
Verona, WI 53593

6     Diane Atkins
461 N. Lake Street, Apartment 411
7     Aurora, IL 60506

Michael Narkin
85391 Chezem Road
Eugene, OR 97405

8     Barbara Coffing
1290 Amethyst Street
9     Mentone, CA 92359

Shannon Koch
810 SE Westwoods Dr.
Waukee, IA 50263

10    David Brook
5208 Greymoss Lane
11    Apex, NC 27539

Mr. & Mrs. Volkmor
5416 Corteen Place, Apartment 305
Valley Village, CA 91607-4326

12    Lacie Thorn
9695 Marmot Way
13    Kelseyville, CA 95451

14    Aleta Arthur
233 Kenilworth Road
15    Asheville, NC 28803

16    Cathy MacKinney
17902 SE Harrison Street
17    Portland, OR 97233

18    Marj Kenney
875 W. Pecos Road #2046
19    Chandler, AZ 85225

20    Nancy Pugleasa-Brown
8787 Stonebridge Trail
21    Stillwater, MN 55082

22    Jeff M. Brown
1544 SW 13th Street
23    Boca Raton, FL 33486-5339

24    Pamela Sweeney
2935 South Fish Hatchery Road, Unit #7
25    Madison, WI 53711

26

27

28