8415 Anchorage Court
Indianapolis IN 46236-9310

June 28, 2014

**FILED**

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102

JUL 0 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Re: Larsen *et al.* v. Trader Joe's Company, Civil Action No. 3:11-CV-05188-WHO

Dear Judge Orrick:

It's me again (see my letter of March 15 below). I'm continuing to object to the proposed settlement of this "class action" lawsuit for the same reason as before: it has zero merit. Close the case. I wouldn't be objecting again at all, but I received a large envelope with more than 7 pounds of "documents which were filed by CM/ECF today [ie, June 16] in the above-referenced action."

I glanced over only Document109, the topmost document, and saw my name listed as 1 of 18 objectors. Footnote 10, page 12, states that "an objector must attest to the fact that he/she purchased one of more of the Products at issue in the lawsuit. Objectors, Gill... did not provide any such attestation. Accordingly they do not have standing to make an objection." I wish that I had known, as it would have saved time—my most precious resource. Nonetheless, I persist. Herewith my comments:

- Lawyers are paid by the word. Can't dazzle folks with brilliance? Baffle them with BS! The documents appear to contain cut-and-paste boiler plate language with inserted case-specific details. Such a practice saves them time and money.
- I don't doubt that 638,142 Trader Joe's customers were notified by direct mail/email. However, I doubt the veracity of the 58,000 Trader Joe's customers who made claims (ie, 9.08%). I find that number to be incredible. Who keeps grocery store receipts for 7 years?
- I'm not a "serial objector". I don't have a dog in this fight. I'm involuntarily retired for the time being, at least. I'm not looking to profit, nor do I expect to profit, by objecting. So, why am I bothering to take the time? The short answer: it's in my DNA.

    *I'm a former compliance and ethics officer at a medical laboratory. In that position, I sometimes found it helpful to apply the Mom Test: Tell your mom what you plan to do. If she says "that's nice dear," you're OK. However, if she asks "are you sure you can do that?" you should probably rethink what you plan to do. In my view, the proposed settlement fails the Mom Test.*

Again, no one was harmed—unlike the 13 people who died due to faulty GM ignition switches, a defect that GM management concealed for more than a decade. Aran Eisenstat, one of the 2 plaintiff's, has initiated two other class action lawsuits. If the defendants were small no-name companies, would he go after them? So, it's OK to be a serial class action lawsuit filer, but not a serial objector?

Sincerely,

*Gary Gill*

Gary W. Gill

8415 Anchorage Court
Indianapolis IN 46236-9310

March 15, 2014

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102

Re: Larsen *et al.* v. Trader Joe's Company, Civil Action No. 3:11-CV-05188-WHO

Dear Sirs:

Settle the entire class action claim for $1.00 (one dollar). It's frivolous and has *zero* merit. Unlike the Ford Pinto fiasco or misread Pap smears, no one was hurt. No one deserves any compensation, especially Tamar Larsen and Aran Eisenstat. Make them and their attorneys compensate Trader Joe's for it is legal expenses.

Only in California, the home of flakes-fruits-and-nuts, would such a suit get any traction. In addition to filing suit against Trader Joe's, Eisenstat has also filed: Aran Eisenstat v. Ken's Foods, Inc., and Eisenstat v. Diamond Foods, Inc. Is this how he makes his living?

My wife and I have shopped at Trader Joe's since it opened here in 2000. We haven't bought any of the 6 products eligible for payment. Even if we did, we wouldn't file a claim. So, why am I writing to you? I'm simply incensed by the greed-driven stupidity of the whole thing, and want my voice to be heard.

If Larsen and Eisenstat bought food products labeled "All Natural" and/or "100% Natural" from Trader Joe's or anyone else, why didn't they check the labels in the beginning? Why wait, apparently, 7 years to file a claim? Who keeps receipts of any kind for 7 years? Food products that claim, or imply, they're natural, organic and the like are overpriced and don't provide added nutritional value. No one seems to be able to agree on the meaning of organic.

Please, please, please toss this proposed settlement in the trash. It's all about the money. Indeed, it's always about the money. Perhaps others seeking unjustified monetary gain will think twice before clogging the courts with such nonsense.

Sincerely,

Gary W Gill
(317) 823-3802
garywgill@msn.com



Gary W. Gill
8415 Anchorage Court
Indianapalis IN 46236-9310

RECEIVED
2014 JUL -2 P 2: 2
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410 2348999

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102

