**Jeff M. Brown**
1544 SW 13th Street
Boca Raton, FL 33486-5339

**Nancy Pugleasa-Brown**
8787 Stonebridge Trail
Stillwater, MN 55082



June 26, 2014

Wyatt A. Lison, Esq.
Feinstein Doyle Payne & Kravec, LLC
429 Forbest Avenue, 17th Floor
Pittsburgh, PA 15219
jkravec@fdpklaw.com
wlison@fdpklaw.com
mevans@fdpklaw.com

Re: Trader Joe's Class Action
Larsen v Trader Joe's 3:11-cv-05188-WHO

Dear Mr. Lison:

Please be advised that we, Nancy Pugleasa-Brown and Jeff M. Brown, are withdrawing our objections in the above-referenced case.

Sincerely,

JEFF M. BROWN, Pro Se

NANCY PUGLEASA-BROWN, Pro Se

JMB/cm

cc: Janet Lindner Spielberg, Esq.
Law Office of Janet Lindner Spielberg
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
jlspielberg@jlslp.com

Michael D. Braun, Esq.
Braun Law Group, P.C.
10680 West Pico Blvde, Suite 280
Los Angeles, CA 90064
service@braunlawgroup.com