8415 Anchorage Court
Indianapolis IN 46236-9310

July 3, 2014



Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102

Re: Larsen *et al.* v. Trader Joe's Company, Civil Action No. 3:11-CV-05188-WHO

Dear Judge Orrick:

I'm objecting for the third—and hopefully final—time to any proposed settlement of this class action lawsuit. The primary motivator this time is my having received another letter, this one dated June 26, 2014, that notified me of a NOTICE OF WITHDRAWAL OF OBJECTIONS by Nancy and Jeff Brown.

Only in the universe of America can such madness exist and persist. This particular civil action abuses the legal system. Consider:

- No one was physically harmed.
- The class action lawsuit was co-initiated by serial filer Aran Eisenstat.
- The entire process wastes precious resources of many to potentially benefit a few financially.
- The scale of those "harmed" is not believable: 58,000 Trader Joe's customers save itemized receipts for 7 years? Where's the proof? Their word? They're either marginally crazy or hoarders. Get a life!
- Surely, there must be a simpler, fairer, and less expensive way to resolve this tempest in a teapot. In my view, this civil action constitutes legal bribery.

Contrary to Section VI.1.a. of the Settlement Agreement, I do have standing in this matter for this reason: Trader Joe's defense costs will be passed on to its customers via higher prices. In effect, such costs are a surcharge or tax on purchased products. Citing case law and playing similar lawyer word games gives the impression of legal authority, but doesn't change the fact that this particular civil action is groundless. Isn't there a Daubert-like challenge to weed out junk class action lawsuits?

My only reward for objecting is my belief that common sense will prevail. Right makes might, but not always. In this case, write makes might.

> *Standing before the judge who had just pronounced an unusually fair and creative sentence, the remorseful defendant asks: "Your honor, how'd ya get such good judgment?" "Bad judgment," replies the judge.*

So, Judge Orrick, what's your judgment going to be?

Sincerely,

*Gary W. Gill*

Gary W. Gill
(317) 823-3802
garywgill@msn.com

Gary W. Gill
8415 Anchorage Court
Indianapolis IN 46236-9310

9410 2034 8999

Clerk's Office
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco CA 94102

