Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objectors Dawn Weaver,
Pamela Sweeney, Kerry Ann Sweeney and Patrick Sweeney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMAR DAVIS LARSEN and ARAN EISENSTAT, on behalf of themselves and all others situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California Corporation,<br><br>Defendant. | Case No. 11-CV-05188 (WHO)<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br><br>Judge:  Hon. William H. Orrick |

Notice is hereby given that Objectors DAWN WEAVER, PAMELA SWEENEY, KERRY ANN SWEENEY and PATRICK SWEENEY hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order On Final Settlement Approval (Docket No. 121) and Final Order And Judgment (Docket No. 122), entered in this action on July 11, 2014.

Dated:  August 6, 2014         By: ____/s/ Joseph Darrell Palmer_____
                                          Joseph Darrell Palmer
                                          Attorney for Objectors Dawn Weaver, Pamela Sweeney,
                                          Kerry Ann Sweeney and Patrick Sweeney

1

Pursuant to Ninth Circuit Rule 3-2, DAWN WEAVER, PAMELA SWEENEY, KERRY ANN SWEENEY and PATRICK SWEENEY hereby provide the following information:

Plaintiffs in this action, TAMAR DAVIS LARSEN and ARAN EISENSTAT, on behalf of themselves and all others situated, are represented by the following counsel:

**Janet Lindner Spielberg**
Law Offices of Janet Lindner Spielberg
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
Phone: 310-392-8801
Fax: 310-278-5938
Email: jlspielberg@jlslp.com

**Joseph N. Kravec, Jr.**
**McKean James Evans**
**Wyatt A. Lison**
Feinstein Doyle Payne & Kravec, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219-1639
Phone: 412-281-8400
Fax: 412-281-1007
Email: jkravec@fdpklaw.com
Email: mevans@fdpklaw.com
Email: wlison@fdpklaw.com

**Michael D. Braun**
Braun Law Group, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Phone: 310-836-6000
Fax: 310-836-6010
Email: service@braunlawgroup.com

Defendant in this action, TRADER JOES' COMPANY, is represented by the following counsel:

**Carla Jean Christofferson**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Phone: 310-553-6700
Fax: 310-246-6779
Email: cchristofferson@omm.com

**Kate G Ides**
OMelveny Myers LLP
400 S. Hope St
Los Angeles, CA 90071
Phone: 213-430-6000
Email: kides@omm.com

**Randall W. Edwards**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: 415-984-8700
Fax: (415) 984-8701
Email: REdwards@omm.com

Dated: August 6, 2014    By: ____/s/ Joseph Darrell Palmer_____
                             Joseph Darrell Palmer
                             Attorney for Objector Dawn Weaver, Pamela Sweeney,
                             Kerry Ann Sweeney and Patrick Sweeney

# CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

    Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

                            /s/ Joseph Darrell Palmer_____
                            Joseph Darrell Palmer