Form 1

**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

*FILED 2014 AUG 11 P 12:44 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Name of United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA**

Case Number **11-CV-05188 (WHO)**

**TAMAR DAVIS LARSEN and ARAN EISENSTAT**, Plaintiff,

v.     **NOTICE OF APPEAL**

**TRADER JOE'S COMPANY, a California Corporation**, Defendant.

Notice is hereby given that **MICHAEL NARKIN, OBJECTOR** (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **Final Judgment** (from the final judgment) ((from an order) (describe the order)) entered in this action on **July 11, 2014** (date).

**AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

*Michael Narkin, Pro Se*
(Signature of appellant or attorney)

**85391 Chezem Rd.
Eugene, OR 97405**
(Address of appellant or attorney)

**(541) 852-5507**

**SEE ATTACHED NINTH CIRCUIT Rule 3-2 STATEMENT**

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

109

Plaintiffs in this action, TAMAR DAVIS LARSEN and ARAN EISENSTAT, on behalf of themselves and all others situated, are represented by the following counsel:

**Janet Lindner Spielberg**
Law Offices of Janet Lindner Spielberg
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
Phone: 310-392-8801
Fax: 310-278-5938
Email: jlspielberg@jlslp.com

**Joseph N. Kravec, Jr.**
**McKean James Evans**
**Wyatt A. Lison**
Feinstein Doyle Payne & Kravec, LLC
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219-1639
Phone: 412-281-8400
Fax: 412-281-1007
Email: jkravec@fdpklaw.com
Email: mevans@fdpklaw.com
Email: wlison@fdpklaw.com

**Michael D. Braun**
Braun Law Group, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Phone: 310-836-6000
Fax: 310-836-6010
Email: service@braunlawgroup.com

Defendant in this action, TRADER JOES' COMPANY, is represented by the following counsel:

**Carla Jean Christofferson**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Phone: 310-553-6700
Fax: 310-246-6779
Email: cchristofferson@omm.com

RULE 3-2 STATEMENT

2

CASE NO. 11-CV-05188
NOTICE OF APPEAL

1 **Kate G Ides**
OMelveny Myers LLP
2 400 S. Hope St
3 Los Angeles, CA 90071
Phone: 213-430-6000
4 Email: kides@omm.com

5 **Randall W. Edwards**
6 O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
7 San Francisco, CA 94111
Phone: 415-984-8700
8 Fax: (415) 984-8701
9 Email: REdwards@omm.com