MICHAEL NARKIN, PRO SE
85391 CHEZEM RD
EUGENE, OR 97405
541-852-5507
541-933-5504
OBJECTOR

Clear Form

FILED
2014 AUG 26 P 12: 03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TAMAR DAVIS LARSEN
AND ARAN EISENSTAT
et al.                     Plaintiff,

vs.

TRADER JOE'S COMPANY
a California Corporation
                          Defendant.

CLASS ACTION

CASE NO. 3:11-CV-05188-WHO

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS** FOR APPEAL
**(Non-prisoner cases only)**

I, Michael Narkin declare, under penalty of perjury that I am ~~the plaintiff~~ an objector in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?              Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | MAY, 2005  $1900

3 | _____

4 | _____

5 | 2.     Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.     Business, Profession or          Yes ___  No ✓

8 |         self employment?

9 |     b.     Income from stocks, bonds,          Yes ___  No ✓

10 |         or royalties?

11 |     c.     Rent payments?          Yes ___  No ✓

12 |     d.     Pensions, annuities, or          Yes ___  No ✓

13 |         life insurance payments?

14 |     e.     Federal or State welfare payments,          Yes ✓  No ___

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | Social Security $969 per month

20 | Food Stamps

21 | 3.     Are you married?          Yes ✓  No ___

22 | Spouse's Full Name: SEBRINA NARKIN

23 | Spouse's Place of Employment: William LANE PARKS

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $ 724          Net $ 667

26 | 4.     a.     List amount you contribute to your spouse's support: $ 0

27 |     b.     List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _NONE_____

3   _____

4   5.    Do you own or are you buying a home?         Yes _✓_ No ___

5   Estimated Market Value: $ _198,000_   Amount of Mortgage: $ _324,000_

6   6.    Do you own an automobile?              Yes _✓_ No ___

7   Make _Honda_____   Year _1994_   Model _ACCORD____

8   Is it financed? Yes _____ No _✓_   If so, Total due: $ _____

9   Monthly Payment: $ _Ø_____

10  7.    Do you have a bank account?  Yes _✓_ No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _Bank of America, Eugene, OR_

12  _____

13  Present balance(s): $ _152.00_____

14  Do you own any cash?  Yes _✓_ No ___  Amount: $ _80.00_____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                              Yes ___ No _✓_

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ _N/A_____   Utilities: _$400____

20  Food: $ _300_____   Clothing: _$30____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _None____          $ _Ø____          $ _Ø____

24  _____          $ _____          $ _____

25  _____          $ _____          $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  _____

- 3 -

1    _NONE_

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ____   No ✓

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    _____

7    _____

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    _8-21-2014_        _Michael Narkin_

12       DATE               SIGNATURE OF APPLICANT

13

14    See ExhibiT "A"

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -



ExhibiT 'A"
My current Food Stamp Card