UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR DAVIS LARSEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRADER JOE'S COMPANY,<br><br>    Defendant. | Case No. 11-cv-05188-WHO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 130 |

Michael Narkin has filed an application to be allowed to proceed in forma pauperis on his appeal of this Court's Final Approval Order. Having reviewed Mr. Narkin's affidavit in support, the Court GRANTS Mr. Narkin's motion. He may proceed in forma pauperis.

**IT IS SO ORDERED**.

Dated: August 28, 2014

WILLIAM H. ORRICK
United States District Judge