**FILED**

UNITED STATES COURT OF APPEALS

NOV 10 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAMAR DAVIS LARSEN; et al.,<br><br>  Plaintiffs - Appellees,<br><br>  v.<br><br>DAWN WEAVER; et al.,<br><br>  Objectors - Appellants,<br><br>  V.<br><br>TRADER JOE'S COMPANY,<br><br>  Defendant - Appellee. | No. 14-16521<br><br>D.C. No. 3:11-cv-05188-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation