
|  |  |
|---|---|
|  | **FILED** |
| UNITED STATES COURT OF APPEALS | NOV 17 2014 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TAMAR DAVIS LARSEN and ARAN EISENSTAT, on behalf of themselves and all others similarly situated, | No. 14-16567<br><br>D.C. No. 3:11-cv-05188-WHO<br>Northern District of California, San Francisco |
| Plaintiffs - Appellees, | |
| MICHAEL NARKIN, | |
| Objector - Appellant, | ORDER |
| v. | |
| TRADER JOE'S COMPANY, | |
| Defendant - Appellee. | |

Appellant's motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted.

A copy of this order shall act as and for the mandate of this court.

                         For the Court:
                         MOLLY C. DWYER
                         Clerk of the Court


                         Alihandra M. Totor
                         Deputy Clerk
                         Ninth Circuit Rules 27-7 and 27-10

Amt\/Pro Mo 14Nov2014